# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

MAR 3 1 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

**AFFIDAVIT OF NOTICE & EVIDENCE OF JUDICIAL FRAUD, CIVIL RIGHTS VIOLATIONS, AND DEPRIVATION OF PARENTAL RIGHTS UNDER COLOR OF LAW**

**Cody Helmers,**
Appearing in propria persona sui juris, under original jurisdiction, as a free and independent man with full reservation of rights

**v.**                                                    6:25-cv-1053-JWB-BGS

**JUDGE PHILLIP B. JOURNEY,**
In his personal and official capacity,

**JULIA A. LETH PEREZ,**
In her personal and official capacity, Defendants.

Defendants (Named for Notice Only)

Pursuant to **Section 18 of the Kansas Constitution Bill of Rights**, which states: "*All persons, for injuries suffered in person, reputation, or property, shall have remedy by due course of law, and justice administered without delay.*" I, Cody Helmers, the undersigned invoke my unalienable right to a fair and expeditious resolution of the matters presented herein.

Under pains and penalties of perjury**,** pursuant to **K.S.A. § 53-601** and **Federal Rule of Civil Procedure 11**, I declare, affirm, and swear that the facts and statements in this affidavit are true, correct, and complete to the best of my firsthand knowledge and belief.

This affidavit is entered into the record as unrebutted fact and shall stand as evidence of judicial fraud unless a sworn counter-affidavit is provided, signed under penalty of perjury. Any refusal to file a sworn counter-affidavit is an admission that all facts herein are true.

Failure to rebut this affidavit constitutes legal admission of fraud and jurisdictional violations**. (*United States v. Kis, 658 F.2d 526 (7th Cir. 1981).*)**

1. This Court has a duty to uphold fundamental constitutional protections and prevent the abuse of authority by judicial officers acting outside their jurisdiction.
2. This action is brought under **42 U.S.C. § 1983** for violations of the Fifth and Fourteenth Amendments of the U.S. Constitution, along with claims under 18 **U.S.C. §§ 241 & 242** (Conspiracy Against Rights & Deprivation of Rights Under Color of Law).
3. Jurisdiction is proper under **28 U.S.C. § 1331** (Federal Question) and **28 U.S.C. § 1343** (Civil Rights Violations).
4. Venue is proper in the United States District Court for the District of Kansas under **28 U.S.C. § 1391**.

*"Governments are instituted among Men, deriving their just powers from the consent of the governed." (Declaration of Independence)*

THIS AFFIDAVIT BEGINS WITH ONE FUNDAMENTAL QUESTION:
**DOES THIS COURT HAVE JURISDICTION TO RULE AT ALL?**

*Jurisdiction is not presumed-it must be proven.* **(Pennoyer v. Neff, 95 U.S. 714 (1878))**

*"The burden of proving jurisdiction falls upon the one asserting it. Jurisdiction cannot be waived, assumed, or presumed. A ruling issued absent jurisdiction is void."*
**(Miller v. United States, 78 U.S. 268 (1870); Pennoyer v. Neff, 95 U.S. 714 (1878).)**

In the interest of due process and fundamental fairness, I formally request that this court provide the following:

1. A Certified Delegation of Authority Order (DOAO) proving the lawful existence of a Family Law Court in Kansas, issued under proper congressional delegation and constitutional authority.
2. Documentation proving that this court has lawful, non-commercial authority to enforce statutory jurisdiction absent a valid contractual agreement.
3. A sworn statement under penalty of perjury from Judge Phillip B. Journey confirming that *"HIS COURT"* (EXHIBIT 23H) is not operating under Title IV-D financial incentives and that he has not personally benefited from the financial schemes attached to his rulings.

Failure to provide the requested documentation within **ten (10)** days shall be considered an omission, creating a legal presumption that this court is operating without lawful authority and in violation of due process. Any further action taken absent this documentation may be considered ultra vires and void ab initio.

In accordance with established legal precedent, an *unrebutted affidavit stands as truth in law*. **(United States v. Tweel, 550 F.2d 297 (5th Cir. 1977)).** By failure to respond,

all claims made in this affidavit are affirmed as fact, including the absence of lawful jurisdiction. If this court refuses to prove its own lawful delegation of authority, any further action against me constitutes:

1. **Criminal Fraud under 18 U.S.C. § 1001** – Knowingly engaging in fraudulent court proceedings.
2. **Deprivation of Rights Under Color of Law (18 U.S.C. § 242)** – Acting outside lawful judicial capacity.
3. **Conspiracy Against Rights (18 U.S.C. § 241)** – Colluding to deprive fundamental protections.
4. **Mail Fraud (18 U.S.C. § 1341)** – Issuing fraudulent legal instruments to further a scheme.
5. **Violation of Due Process Protections (U.S. Constitution, 5th & 14th Amendments).**

**Article I, Section 10** of the **U.S. Constitution** mandates that no state shall impair the obligation of contracts. The enforcement of statutory jurisdiction upon me without a valid contractual agreement is a direct violation of this constitutional protection. All actions taken absent my express consent are null, void, and without force.

Pursuant to **UCC 1-308,** I explicitly reserve all rights without prejudice and without recourse. No provision of statutory law, administrative rule, or judicial assumption may be enforced against me absent a lawful, voluntary contract bearing my knowing, intelligent, and willful consent.

PRESUMPTIONS & ASSUMPTIONS  (EXHIBIT 01)
I do not waive, surrender, or diminish any unalienable right and I oppose all forms of jurisdictional presumption and overreach I formally rebut all presumptions of this court and its agents that assume and presume:

1. That I have entered into any voluntary contract subjecting me to statutory jurisdiction. *(42 U.S.C. § 654 – Title IV-D Contracts).*
2. That I accept the role of "citizen," "resident," "person," or any "subject" in an administrative capacity depriving me of my lawful standing. *(Hale v. Henkel, 201 U.S. 43 (1906), (Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)).*
3. That this court has authority over me beyond its constitutionally delegated power. *(Pennoyer v. Neff, 95 U.S. 714 (1878)).*

According to **Title 28 Section 3002 (15)(A), (B),** and **(C),** the United States is defined as a federal corporation, and all government agencies, including city, county, and state municipalities, are *sub-corporations* operating under its *superior authority.*

However, DUNS records confirm that these so-called "government entities" are not sovereign institutions at all, but for-profit corporate entities registered under commercial law. This establishes that they are acting in a corporate capacity, not a judicial or governmental one (EXHIBIT 13)

Under **Clearfield Trust Co. v. U.S., 318 U.S. 363 (1943)**, when a government agency enters commerce, it loses its sovereignty and must be treated as any other corporation in a commercial contract dispute.

If this court claims judicial authority, it must produce a Delegation of Authority Order proving where its power is lawfully derived. Failure to produce such documentation is an admission that no lawful jurisdiction exists, and any ruling or order issued is *ultra vires*, fraudulent, and *void ab initio.*

"*A delegated power cannot be re-delegated.*" *("Delegatus non potest delegare")*

TERMINATION OF ATTORNEYS (EXHIBIT 02)
I do not consent for any attorney, bar member, or legal representative to assume authority over my legal matters. All prior legal representation is nullified.
**Corpus Juris Secundum, Volume 7, Section 4 - Attorney & client –** "*The attorney's duty to the court is superior to the attorney's duty to the client*"

No third party may represent my interests without my explicit consent. *(Faretta v. California, 422 U.S. 806 (1975) – Right to self-representation)*. Any attempt to impose legal counsel without my consent constitutes fraud. Courts cannot force representation against a competent individual's will. **(Adams v. U.S. ex rel. McCann, 317 U.S. 269 (1942)).**

(EXHIBIT 56) I assert my First Amendment right to petition the government for redress of grievances. Any suppression of this affidavit is a constitutional violation. *(New York Times Co. v. Sullivan, 376 U.S. 254 (1964)).*

THIS AFFIDAVIT IS SUBMITTED IN ACCORDANCE WITH, AND FULLY PROTECTED BY:

1. The Fifth and Fourteenth Amendments – Guaranteeing due process and equal protection. *(Goldberg v. Kelly, 397 U.S. 254 (1970)).*
2. 42 U.S.C. § 654 (Title IV-D) – Child support enforcement is a voluntary contractual scheme, NOT a judicial mandate. *(Clearfield Trust Co. v. U.S., 318 U.S. 363 (1943)).*
3. 18 U.S.C. § 242 – Criminal liability for deprivation of rights under color of law. *(Ex parte Young, 209 U.S. 123 (1908)).*
4. Article IV, Section 1 – The Full Faith and Credit Clause prevents fraudulent jurisdictional claims.

5. Article IV, Section 4 – The Republican Form of Government Guarantee prohibits state-controlled financial courts.

6. Article III, Section 2 – Judicial power must be lawfully invoked. *(Pennoyer v. Neff, 95 U.S. 714 (1878))*

Failure to provide lawful documentation proving jurisdiction **within ten (10) days** constitutes a knowing admission of fraud and unlawful operation under color of law.

## TABLE OF AUTHORITIES

(Cases, Statutes, and Constitutional Provisions Cited in Support of this Complaint)

### *U.S. Supreme Court Precedents*

**Pennoyer v. Neff, 95 U.S. 714 (1878)** – Jurisdiction must be proven and cannot be presumed.

**United States v. Throckmorton, 98 U.S. 61 (1878)** – Fraud vitiates everything it touches.

**Santosky v. Kramer, 455 U.S. 745 (1982)** – The state must prove parental unfitness before severing parental rights.

**Offutt v. United States, 348 U.S. 11 (1954)** – A judge who acts with bias must recuse himself, as his rulings become void.

**Goldberg v. Kelly, 397 U.S. 254 (1970)** – Due process requires a meaningful opportunity to be heard before deprivation of rights.

**Troxel v. Granville, 530 U.S. 57 (2000)** – The fundamental right of parents to make decisions concerning the care, custody, and control of their children.

**Ex parte Young, 209 U.S. 123 (1908)** – A judge acting outside of jurisdiction can be held personally liable.

**Loper Bright Enterprises v. Raimondo, 599 U.S. ___ (2024)** – Overturned Chevron deference, requiring clear congressional delegation for administrative enforcement.

**Cooper v. Aaron, 358 U.S. 1 (1958)** – State courts must follow the U.S. Constitution, and any ruling contrary to it is void.

**Clearfield Trust Co. v. United States, 318 U.S. 363 (1943)** – When the government acts in a commercial capacity, it is subject to the same laws as private corporations.

**Norton v. Shelby County, 118 U.S. 425 (1886)** – An unconstitutional act is not law; it confers no rights and offers no protection.

**Murdock v. Pennsylvania, 319 U.S. 105 (1943)** – No state shall convert a liberty into a privilege and charge a fee for it.

**Marbury v. Madison, 5 U.S. 137 (1803)** – The Constitution supersedes any statute or regulation in conflict with it.

**Hafer v. Melo, 502 U.S. 21 (1991)** – Judges have no immunity for acts that violate constitutional rights.

### *Federal Constitutional and Statutory Law*

**U.S. Constitution, Article III, Section 1** – Judges "shall hold their offices during good behavior."

**U.S. Constitution, Article IV, Sections 1 & 4** – Guaranteeing due process and a republican form of government.

**U.S. Constitution, Fifth & Fourteenth Amendments** – Guaranteeing due process and equal protection.

**42 U.S.C. § 1983** – Civil liability for deprivation of rights under color of law.

**18 U.S.C. § 241** – Criminal conspiracy against constitutional rights.

**18 U.S.C. § 242** – Deprivation of rights under color of law.

**42 U.S.C. § 654 (Title IV-D)** – Child support is a voluntary federal program, not mandatory.

**42 U.S.C. § 666 (Title IV-D Enforcement Requirements)** – Mandates state compliance but does not override constitutional rights.

**31 U.S.C. § 3729 (False Claims Act)** – Holds officials liable for fraudulent financial claims to the federal government.

**18 U.S.C. § 666** – Theft or bribery concerning programs receiving federal funds.

**5 U.S.C. § 702** – Judicial review of agency actions.

**28 U.S.C. § 455** – A judge shall disqualify himself where his impartiality might reasonably be questioned.

**Pulliam v. Allen, 466 U.S. 522 (1984)** – A judge is not immune when violating constitutional rights.

**15 U.S.C. § 77a et seq. (Securities Act of 1933)** – Supports argument that child support orders are securitized financial instruments.

### *Kansas Constitutional & Statutory Authority*

**Kansas Constitution, Bill of Rights, Section 18** – Remedy by due course of law, and justice administered without delay.

**Kansas Constitution, Article II, Section 28** – Officers are impeachable for misconduct.

**K.S.A. § 38-2269** – The legal threshold for abandonment in Kansas (which was exceeded twice in this case).

**K.S.A. § 53-601** – Swearing under penalty of perjury.

**K.S.A. § 20-311d** – Allows for the removal of judges for bias, misconduct, or corruption.

**K.S.A. § 38-2271** – Mandates due process before terminating parental rights.

**K.S.A. § 60-260(b)(4)** – Allows a court to void any judgment obtained through fraud.

### Legal Maxims & Key Principles

*"Fraud vitiates everything it touches."* (**United States v. Throckmorton, 98 U.S. 61 (1878)**)

*"Silence can only be equated with fraud where there is a legal duty to disclose."* (**United States v. Tweel, 550 F.2d 297**)

*"No man shall be unlawfully converted into a financial instrument for the state."* (**Common Law Principle**)

*"A delegated power cannot be re-delegated."* (**Delegatus non potest delegare**)

*"An act against one's will is not their act."* (**Fundamental legal maxim**)

*"An unconstitutional act is not law; it confers no rights and offers no protection."* (**Norton v. Shelby County, 118 U.S. 425 (1886)**)

*"Judges have no immunity for acts that violate constitutional rights."* (**Hafer v. Melo, 502 U.S. 21 (1991)**)


# The Unraveling of Phillip Journey's Immunity

I, **Cody Helmers**, acknowledge that at no time did I knowingly, voluntarily, or intelligently waive my constitutional rights in any proceedings. Any assumption, presumption, or legal fiction used to suggest that I consented to be governed by this fraudulent court, its rules, or its financial schemes is hereby rebutted.

I was never informed of my rights, the true nature of this jurisdiction, or the financial incentives driving this case. Through forced ignorance, judicial deception, and legal coercion, I was thrust into a statutory trap designed to exploit my parental rights for profit.

**IF AT ANY TIME I UNKNOWINGLY WAIVED A RIGHT, IT WAS DONE UNDER DURESS, FRAUD, AND LACK OF FULL DISCLOSURE**.
*"Waivers of Constitutional Rights must not only be voluntary, but must be knowing, intelligent acts done with sufficient awareness."* (**Brady v. United States, 397 U.S. 742, 748 (1970)**).

*"Silence can only be equated with fraud where there is a legal duty to disclose.*" (**United States v. Tweel, 550 F.2d 297**).

(EXHIBIT 9) The Kansas Open Records Act **(KORA)** response from the Office of Judicial Administration confirms that No "Family Law Court" exists in Kansas. Family Law is not a distinct judicial body—it is an administrative function within district courts. Chief Judges assign cases based on personal preference, NOT on legislative delegation.

If no statute exists creating a Family Law Court, then all actions taken under the guise of "*family court*" are legally void. This is not a constitutional court—it is a financial enforcement center, operating under Title IV-D incentives.

*"Government agencies acting outside their delegated authority render their actions void." **(Clearfield Trust Co. v. United States, 318 U.S. 363 (1943))**.*

*"Administrative agencies cannot enforce statutory law absent clear congressional delegation." **(Loper Bright Enterprises v. Raimondo, 599 U.S. ___ (2023))**.*

PHILLIP B. JOURNEY,
A judge who profits from law—but can't defend himself without a lawyer—presided over case 21 DM 725, Journey has already disqualified himself by his own actions and admissions.

Let's make something clear:
*A JUDGE WHO supports the law has no need for a lawyer.*
*A JUDGE WHO acts within his authority has no need for personal legal defense.*
*A JUDGE WHO rules impartially does not fear litigation.*

(EXHIBIT 8A) Yet, Journey himself admitted,
*"I had to go hire a lawyer, probably cost me $10,000 to deal with her"*

Judge Phillip B. Journey has spent decades entrenched in the legal system serving as both a legislator and a judge, drafting laws, interpreting statutes, and ruling from the bench. If anyone should understand the legal boundaries of judicial conduct, it is him. Yet, despite his extensive experience in law, he found it necessary to retain private legal representation at his own expense.

Judicial immunity is not an escape hatch for corruption— it protects lawful rulings—not lawless judges. Any claim of immunity to shield criminal acts is fraud. If immunity were absolute, it would mean judges could commit crimes against the people without consequence—an absurd contradiction to constitutional mandates and statutory law. Removal from office for judicial misconduct is not optional—it is mandatory under the following authorities:

1. **U.S. Constitution, Article 2, Section 4**
2. **18 U.S.C. § 241 & 242** *(Conspiracy & Deprivation of Rights)*
3. **42 U.S.C. 1983, 1985, and 1986**

*4. **Kansas Constitution Article 2, Section 28** (Officers impeachable; grounds; punishment).*

On that note, I hereby rebut any claim to 11th Amendment immunity, as it constitutes a direct violation of the Emoluments Clause and an abuse of public trust. The 11th Amendment does not shield personal liability for acts committed outside judicial capacity. Journey's misconduct falls under commercial fraud and conspiracy, removing any immunity protections.

JOURNEY'S LEGAL REPRESENTATION IS AN ADMISSION OF GUILT.
A judge only needs an attorney if he was NOT acting as a judge. Hiring an attorney means he was being sued in his personal capacity, NOT in his judicial role. If Journey was acting as a private individual, then he has no immunity. If he has no immunity, then he is personally liable. If he is personally liable, then he cannot preside over any case connected to his misconduct.

*"A judge is not the court; a ruling made outside judicial capacity is a personal act, not a lawful judicial order.*" **(People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980)).**

(EXHIBIT 8A) JOURNEY EXPOSED HIS OWN BIAS & DISQUALIFIED HIMSELF

*1.* (EXHIBHIIT A1)*"The Attorney General came in and defended me when she sued me personally."*
2. *"She filed an ethics complaint."*
3. *"Which is frivolous."* (EXHIBIT A2)

If he needed the Attorney General to step in, that means he used **state resources** to shield himself from personal accountability. *This is corruption, plain and simple.*

LEGAL DISQUALIFICATION UNDER FEDERAL LAW

1. Under **Tumey v. Ohio, 273 U.S. 510 (1927)**:
    *"A judge with a financial or personal stake in a case must recuse himself.*"
2. Under **28 U.S.C. § 455**:
    *"A judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.*"
3. Under **Pulliam v. Allen, 466 U.S. 522 (1984)**:
    *"A judge is not immune from liability when acting outside his judicial capacity or violating constitutional right*s."

Journey removed his own judicial immunity the second he hired an attorney. His actions prove that he was acting in his personal capacity—not as a judge—making him no different from any other litigant in the courtroom.

*All people are equal before the law.* **(Kansas Constitution Bill of Rights § 1).** No title, no robe, and no illusion of authority can shield him from accountability. *Fraud vitiates everything it touches.* **(United States v. Throckmorton, 98 U.S. 61 (1878)).** A judge who engages in fraud does not merely taint a ruling—he voids it in its entirety. Journey's rulings are void. His orders are unenforceable. His authority is a fiction.

If this court is truly independent, lawful, and just, then where is the proof of jurisdiction?

If Judge Journey had the authority to rule, then why did he need a lawyer to protect him?

If judicial immunity shields lawful judges, then why did the **Attorney General** have to step in?

See *(Loper Bright Enterprises v. Raimondo, 599 U.S. ___ (2024))* "*A system that must hide the truth to sustain itself is a system built on lies.*"


## FRAUD UPON THE COURT: FABRICATED ORDERS, ABANDONMENT & JUDICIAL DECEPTION | EXHIBIT 03

*"What is done under force is done under lawless compulsion."* No judge may manufacture facts to justify a ruling, doing so constitutes fraud upon the court. On **July 11, 2023**, Phillip Journey issued a fraudulent and procedurally defective order that violated due process, deprived me of my rights under color of law, and concealed prior abandonment. His actions render all rulings void *ab initio*. *"Fraud vitiates the most solemn contracts, documents, and even judgments." **U.S. v. Throckmorton, 98 U.S. 61 (1878)***

Family Law has no constitutional jurisdiction, any ruling issued from this order is void. Under Kansas law **(K.S.A. § 38-2269)** the mother was legally disqualified as a parent, yet she was fraudulently granted "*temporary" "sole custody."* This is a direct deprivation of my constitutional rights **under 42 U.S.C. § 1983**, a conspiracy to deprive me of rights under **18 U.S.C. § 241**, and a criminal act under color of law in violation of **18 U.S.C. § 242**.

Judge Phillip B. Journey openly questioned whether I had been properly served—an indispensable legal prerequisite that must be satisfied before a court can lawfully proceed. Service is jurisdictional; without it, any court action is *void ab initio.*

JOURNEY ACKNOWLEDGES DEFECTIVE SERVICE—THEN IGNORES IT

"*Your appearance for the record is little pressed."* (EXHIBIT 4A)

"*Are you certain that you've got service on him?"* (EXHIBIT 4B)

~ 11 ~

*"Without knowing that—he knows about this hearing."* (EXHIBIT 4C)

Despite his own acknowledgment of defective service, Judge Journey proceeded anyway, demonstrating willful judicial fraud and an outright violation of due process.

PEREZ CONFIRMS NO VALID SERVICE—THEN ENGAGES IN ILLEGAL PURSUIT

*I'll contact the school and my client actually can contact the child's last school.* (EXHIBIT 4D)

*"Um, but I don't know that that's going to be where the child's currently going to school and, given that his counsel withdrew after we filed our motion, I don't know that opposing counsel's last known address which is contained in his withdrawal is still going to be a valid address for service."* (EXHIBIT 4E)

Despite knowing this, Perez still proceeded, actively engaging in a coordinated effort to circumvent due process:

*"But your Honor, I'll do everything I can to track him down and track down Layton."*

This admission confirms this is not legal representation—it is a state-sponsored manhunt under color of law, violating both federal and state constitutional protections. An attorney does not "*track down*" opposing parties. Lawful service is required, period (EXHIBIT 4T)

*No valid service = No jurisdiction = No lawful hearing.*

Fraudulent service renders the entire hearing VOID, see **(Boynton v. Ball, 121 U.S. 457 (1887))** *A judgment obtained through fraud is void ab initio, and Fraud vitiates the most solemn judgments."* **(United States v. Throckmorton, 98 U.S. 61 (1878)).**

THE STRUGGLE TO EVADE THE YEARS OF ABANDONMENT (EXHIBIT 33A)

Judge Phillip B. Journey was fully aware of the abandonment timeline but deliberately minimized and misrepresented it to justify an unlawful ruling. His own statements reveal the intentional effort to erase years of documented parental neglect.

JOURNEY TRIES TO MINIMIZE ABANDONMENT  (EXHIBIT 4F)

*Journey– "When was the last time your client saw the kid?"*

*Journey– "So she hasnt seen the kid for how long?"* (EXHIBIT 4G)

PEREZ CONFIRMS THE TRUTH |

*Julia Leth Perez– "It has been……….."*

*Julia Leth Perez– "Your honor, it's been about three (3) years."* (EXHIBIT 4H)

*Journey- A couple years*

Rather than acknowledging the full period of neglect, Journey falsified the record, writing *"The mother asserts she has not seen the son in two (2) years."* (EXHIBIT 3) This is direct evidence of judicial fabrication— an intentional distortion of fact to fit a predetermined outcome. Judicial deception voids the ruling. *"Fraud vitiates all judicial acts."* *(U.S. v. Throckmorton, 98 U.S. 61 (1878)).*

(EXHIBIT 5A) JOURNEY KNEW THE MOTHER WAS AN UNFIT PLACEMENT.

1.) *"Cody Helmers has resided with L.H. for his entire life,"*

2.) *"By the mother's own admission."* - she abandoned her children **TWICE (2)** under the care The Department of Children and Families.

(EXHIBIT 4L) *"Wow, okay, so you know, I, look, I want to help her, all right, and as I recall too this case was a result. The juvenile case was a result of neglect. Is that a fair statement?"*

NO COURT CAN CREATE PARENTAL STANDING WHERE NONE EXISTS. THIS WAS NOT A RULING, IT WAS A SCRIPTED THEFT OF PARENTAL RIGHTS

*2018* – The mother abandoned the children **under DCF custody** and made no effort to reclaim them.

*2021* – The mother briefly resurfaced **under DCF**, exercised visitation for **5 months**, and then disappeared again (EXHIBIT 5A)

*2023* –The mother was recruited by Julia Leth Perez and the Fridays as a legal pawn for court manipulation twice.

Under **K.S.A. § 38-2269,** failure to assume parental duties for two consecutive years raises a significant concern about allegations and unfitness.
THE MOTHER EXCEEDED THIS THRESHOLD **(2)** TWICE

**\*\*Additionally, Oklahoma Statutes §30-2-117,** which states that a child is abandoned if left in the care of a qualified relative for 12 out of the last 14 months.
THE MOTHER EXCEEDED THIS THRESHOLD **(3)** THREE TIMES.

The mother was legally disqualified. The judge knew she was unfit. The abandonment was undisputed**.** Yet, Journey fabricated the facts, ignored the law, and used a fraudulent hearing to justify a predetermined ruling.

NO PROPER SERVICE = *No valid case.*

NO DUE PROCESS = *No lawful ruling.*

FRAUD UPON THE COURT = *Void ab initio.*

Every action taken under this ruling is illegal, unenforceable, and a direct violation of **18 U.S.C. § 241 & § 242 (Conspiracy to Deprive Rights under Color of Law).** Journey knowingly presided over a legal farce**,** stripping me of my parental rights without any lawful basis**.**

> *"Fraud and justice never dwell together."*
> *"When tyranny becomes law, rebellion becomes duty."*

**THIS WAS NOT A RULING—IT WAS A CRIME IN PROGRESS.**

# FRAMING, APPEARANCE BIAS, AND JUDICIAL COERCION, SEPTEMBER 5, 2023 | EXHIBIT 19

No man willingly waives his rights with forethought and intelligence. No man consents to the theft of his own child. This court forced me into these proceedings under *duress, coercion***,** and *threat*, violating my constitutional liberties. Jennifer and I both made clear and justified objections, which were ignored, dismissed, or punished. This was not a hearing—it was a financial operation to enforce compliance under a judge with a direct financial stake in the system he upholds. Journey's history proves it. (EXHIBIT 07)

CONTEMPT FOR ME, A JOKE FOR HIM  (EXHIBIT 23A)
**Journey:** *"I'm sure somebody was going, 'You mean I got a lawyer? No, I'm kidding.'"*

This same judge who mocked legal representation on the record later held me in contempt for saying **"YOU'RE A JOKE!"** This is judicial retaliation and clear evidence of coercion and bias. **(42 U.S.C. § 1983, Offutt v. United States, 348 U.S. 11 (1954)).**

(EXHIBIT 23B)
1. **Journey :** *"Helmers, you represent **Cody Helmers**, I believe."*
2. **Attorney Nana Brammer:** *"No, judge, I said Sellers,* **Cody Sellers***."*
3. **Journey:** *"Sellers? Sellers, Sellers, Sellers. Oh, I'm sorry."*

**JOURNEY** (EXHIBIT 23C) *"oh, well, it would be nice to be on time."*

THE TRUTH
I had already arrived. & I had stated, "*I was on time five minutes ago*" & "*I just turned on my audio*." This was judicial entrapment—a manufactured delay used to frame me as noncompliant before the hearing even started.

Brammer's presence was as real as the court's commitment to due process—completely nonexistent. The record shows that I was placed into the Zoom waiting room with Jennifer (witness), deliberately locked out of the hearing, and stripped of my parental status—allowing Journey to falsely frame me as tardy.

THIS WAS A CALCULATED ACT OF JUDICIAL DECEPTION. JOURNEY ENGINEERED A JUDICIAL KIDNAPPING

Judge Journey suppressed valid objections & ignored child welfare throughout the September 5, 2023 hearing. Jennifer and I objected to the forced placement of L.H. with an unfit parent. Our objections were either ignored or dismissed with retaliatory and biased remarks.

***Stanley v. Illinois*, 405 U.S. 645 (1972)** – Parental fitness must be established before state intervention can deprive a father of custody.

1. *"She hasn't been around for six years.."* (EXHIBIT 23G)

2. *And I did comply. with them. We did show up and I did it twice. And she agreed that, uh, he shouldn't be staying over there right now because he was crying and he was scared* (EXHIBIT 23F)

3. *and you want him to go over there and spend the night? You have terrified him* (EXHIBIT 23E)

4. *Mother don't even know her kids. A Stranger. Gotta go with a stranger?.* (*EXIBIT 23D*)

Journey fabricated standing where none existed. The mother was legally disqualified. She had abandoned the child TWICE. She exceeded the legal threshold for parental unfitness under **K.S.A. § 38-2269**, and she had No standing to claim parental authority.

This shows that without the fraudulent standing, there was NO CASE. The mother had no legal authority to reclaim parental rights. Journey invented it. That is ***fraud upon the court. (U.S. v. Throckmorton*, 98 U.S. 61 (1878)).**

JOURNEY TARGETED JENNIFER WITH THREATS **woman with more standing and a witness to the events …. Etc…… (EXHIBIT 22)**

*(Witness) Jennifer Robertson – She is a stranger to this child.!* (EXHIBIT 23R)

**(Jennifer inhabited with L.H. longer then Finch)**

*(Witness) Jennifer Robertson – "Could I please say something?"* (EXHIBIT 23P)

**JOURNEY**
1. *"Nope. You are not a lawyer. You are not a part of this case. And you have said far too much. And so those are my orders"* (EXHIBIT 23N)

2. *" Mam mam you need to leave the room.  Your going to be in contempt also if you say one more.  interrupt his hearing.*  (EXHIBIT 23Z)

3. *"I'm sure you have done a great job alienating that child and instilling that fear in him."* (EXHIBIT 23Q)

JOURNEY LEFT THE BENCH—AND THE LAW—BEHIND

The U.S. Constitution explicitly mandates that judges "*shall hold their offices during good behavior.*" **(U.S. Constitution, Article III, Section 1).**

"*A judge is not the court*", a ruling made outside judicial capacity is a personal act, not a lawful judicial order, see **People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980),**

*Cody Helmers* –

*1.* "*Trying to steal my son from me!"* (EXHIBIT 23K)

*2.* "*these people aren't for the kids, they're not for the kids."* (EXHIBIT 23O)

**JOURNEY - "*Mr. Helmers, you need to report to jail.*"**

*1.* *because this court is a joke and my orders are a joke, Mr. Helmers has no intention of ever following any of this court's orders* (EXHIBIT 23J)

*2.* *Sir, you need to report to jail this afternoon at 2 o'clock. Thank you. And if you don't then I'll need to show a warrant for your arrest..* (EXHIBIT 23I)

*3.* *My Court, My orders are quite Clear* (EXHIBIT 23H)

JOURNEY DIDN'T JUST RULE AGAINST ME—HE MANIPULATED THE RECORD, IGNORED THE FACTS, AND WEAPONIZED FRAUD TO STRIP ME OF MY RIGHTS. **THAT'S NOT JUSTICE –** THAT IS A CONSPIRACY TO DEPRIVE ME OF MY RIGHTS UNDER THE COLOR OF LAW

(EXHIBIT 19) Journey's ruling falsely states that I was "*given the opportunity to apologize*" yet no such opportunity was ever extended. This was not due process or a contempt ruling—it was a state-sponsored securities exchange. The prison doors did not swing closed for justice,  they locked shut to secure the financial balance sheet of the court,

*A judge who knowingly falsifies the record to justify unlawful detention is not acting judicially—he is engaged in commercial fraud under color of law.* **(18 U.S.C. § 242, Pulliam v. Allen, 466 U.S. 522 (1984))**

QUESTIONS THAT DEMAND ANSWERS

1. Was this warrant about contempt, or was it an enforcement tool tied to Title IV-D funding?
2. Did Journey have a financial or systemic incentive to escalate this matter?
3. How does forced compliance through threats and coercion tie into federal funding incentives?

THE CONTEMPT WARRANT WAS FRAUDULENT

1. A warrant requires a valid complaint – Who signed it? *A judge cannot act as both complainant and executioner. (In re Green, 134 U.S. 377 (1890))*
2. A court seal & affidavit – Where is the sworn statement affirming its legitimacy? *A warrant must be supported by oath or affirmation. (Gates v. Illinois, 462 U.S. 213 (1983))*
3. A clear jurisdictional claim – *Jurisdiction is not presumed—it must be proven. (Hagan v. Lavine, 415 U.S. 528 (1974))*

IF THESE DOCUMENTS EXIST, PRODUCE THEM.
IF THEY DO NOT EXIST, THE WARRANT IS FRAUDULENT. ***(Ex Parte Fisk, 113 U.S. 713 (1885))***

***I further demand that any warrant issued*:** Was created within 48 hours of the alleged contempt charge or child seizures, contains a sworn detailed statement by a law enforcement officer appearing before a neutral judge or magistrate. *(Mincey v. Arizona, 437 U.S. 385 (1978)),* was NOT electronically signed or rubber-stamped. *(State v. Paulick, 277 Minn. 140, 151 N.W.2d 596 (1967))*

*Seizures executed after illegal trespass are invalid. (U.S. v. Hotal, 143 F.3d 1223 (1998))* if this warrant does not exist, then this contempt charge was not a legal action— it was a state sponsored kidnapping.

*Journey's #1 vice —digital control over due process* (EXHIBIT 33)
Judge Phillip Journey does not hold hearings—he orchestrates them from behind a remote screen, where he controls every aspect of the proceeding. His power is not derived from law, but from his ability to mute, remove, and suppress objections at the click of a button.

Courtroom without a judge is a courtroom without accountability, Journey's control over Zoom hearings is not about efficiency—it's about total manipulation of the legal process. By staying remote, he ensures selective access to justice.

1. He mutes parties at will.
2. He ejects litigants who challenge him.
3. He delays access and blames the defendant for "*not appearing.*"

If he controls who speaks, when they speak, and for how long, he controls what's entered into the record. Evidence, objections, and due process violations are never seen or heard because he preemptively silences them.

EVIDENCE PROVES THIS WAS NOT A FAIR HEARING (EXHIBIT 33)
*MUTE. REMOVE. SILENCE. — THIS IS NOT JUSTICE—IT'S A DIGITAL DICTATORSHIP*

*Journey: "I'm sure somebody was going, you mean I got a lawyer? No, I'm kidding."* (EXHIBIT 23A)

*Journey: "Oh, well, it would be nice to be on time."* I was on time—he deliberately locked me out.

*Journey: "Because you said I was a JOKE."* (EXHIBIT 23Y) I was jailed for calling out his fraudulent behavior.

*Journey: "I know. I know, and I heard what you said about me."*- This is personal retaliation disguised as a legal ruling.

This was a manufactured setup. I was locked out of my own hearing and falsely framed as tardy. My objections were muted, dismissed, or ignored. The hearing proceeded without me—*because that was the plan.*

JOURNEYS ASSISTANTS EMAIL NOTICE CONFIRMS DICTATORSHIP
"PLEASE NOTE: Hearings before Judge Journey are now on Zoom. Here is the link to pass on to participants to connect: https://us02web.zoom.us/j/2339536912 To participate by phone instead, dial: 1-346-248-7799 (US), then enter the Meeting Code: 233 953 6912."

Journey (EXHIBIT 24A): *Cody, if you could turn your microphone back on and not abuse the privilege, I'd appreciate it."*

Who in their right mind would willingly mute themselves while exercising rights to their own children? Who would waive their rights in silence while an orchestrated kidnapping unfolds before them? Who would consider their own defense a privilege rather than an unalienable right?

*Answer:* **NO ONE**. Because no man silences himself in the face of tyranny unless forced to do so. Journey's digital gag order is not justice—it is oppression hidden behind a mute button.

THIS ENTIRE SYSTEM COLLAPSES IF JOURNEY CANNOT CONTROL ZOOM.

1. *If this was a lawful proceeding, why did Journey need total digital control?*
2. *Why does the Assistant confirm he does not appear in person?*
3. *If due process was upheld, why was I muted, removed, and denied access?*
4. *If this was about justice, why was I jailed for words while the mother's neglect was excused?*
5. *If I was late, why does the Zoom record contradict Journey's claims?*

A JUDGE CANNOT MANUFACTURE AUTHORITY WHERE NONE EXISTS.
*Fraudulent contempt warrants are judicial kidnapping.* **(18 U.S.C. § 242)**

JOURNEY ENGINEERED MY ARREST, MANIPULATED THE RECORD, AND
STRIPPED ME OF MY RIGHTS. THAT'S NOT JUSTICE. THAT'S CONSPIRACY
*"No man shall be unlawfully converted into a financial instrument for the state."*

# "JOURNEY DIDN'T PRESIDE—HE EXECUTED A SCRIPT" | EXHIBIT 20

DECEMBER 5, 2023 A PREDETERMINED RULING
This was never about **"holiday time."** It was a preplanned legal maneuver designed to,
override my parental rights, conceal prior fraud and to position Perez & Journey to
escalate enforcement actions against me. This was **NOT** due process—it was judicial
coercion under color of law. *(18 U.S.C. § 241 & 242 – Conspiracy & Deprivation of
Rights)*

THE HEARING WAS RIGGED BEFORE IT STARTED (EXHIBIT 29A)
*"It's my understanding, if I'm talking by administrative assistant, that this hearing
is essentially about holiday time."*

Journey was briefed on what the hearing was about—before arguments were even made.
this proves Ex parte communication & judicial fraud.  If a judge takes instructions from
an external party before the case is heard—he is not presiding as an impartial officer of
the court. Journey acted as an administrator of a pre-planned abduction.

    **18 U.S.C. § 241** – Conspiracy Against Rights

    **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law

**42 U.S.C. § 1983** – Civil Rights Violation

***Offutt v. United States*, 348 U.S. 11 (1954)** – *A judge cannot be both an advocate & adjudicator.* This was not a hearing—it was a staged event.

JUDGE JOURNEY EXPOSES HIS OWN COURT AS A FRAUDULENT EXTORTION RACKET (EXHIBIT 29R)

*"If you're in a contempt hearing, you have to file an affidavit. Just like a criminal case because you have a liberty interest – But just to do the normal parts of this case, not the contempt parts, you got to come up with your own lawyer."*

*"It's like a criminal case because you have a liberty [interest]."*
If contempt hearings are criminal in nature, then the accused is entitled to due process rights, including legal counsel. Under ***Gideon v. Wainwright*, 372 U.S. 335 (1963),** if someone faces the risk of incarceration, they are entitled to a public defender. Journey admits it is *"like a criminal case"* but refuses to uphold criminal due process rights.

*"Just to do the normal parts of this case, not the contempt parts, you got to come up with your own lawyer."* He forces litigants to "come up with their own lawyer" while the state profits from Title IV-D enforcement. Journey's court profits from every Title IV-D child support case he enforces. A court that denies due process while financially benefitting from its rulings is not a court of law—it is a fraudulent financial enterprise.

Title IV-D funding incentivizes states to collect child support. Judges like Journey profit from enforcement mechanisms, giving them a direct financial motive to rig cases. By denying proper legal representation, Journey ensures more pro se litigants are coerced into compliance.

*"You have to file an, affidavit."*
Judges cannot give legal advice. Under Canon 3(B)(7) of the Code of Judicial Conduct, judges must remain impartial and cannot advise litigants on legal strategy. By telling litigants what they "have to file," Journey is acting as an advocate, not a judge.

JOURNEY DIRECTS LITIGANTS TO A SYSTEM-CONTROLLED PLAYBOOK INSTEAD OF CONSTITUTIONAL LAW  (EXHIBIT 29E)
*"Uh, the other option is you know, if you can't get a lawyer, you need to go to the law library that's at 125 North Market and sit there and read Lynn Elrod's book on family law."*

Instead of directing litigants to constitutional law or fundamental due process rights, Journey sends them to a legal playbook designed to justify state control over family

disputes. Family law is NOT real law—it is a revenue-generating system. Directing litigants to a state-approved textbook instead of due process statutes confirms that the system is built to serve government interests, NOT individual rights.

Journey's court is a racketeering operation, he runs a court that disregards constitutional protections. He knowingly violates due process and coerces litigants into financial submission. His rulings are pre-determined, as proven in (EXHIBIT 29A). He is financially benefiting from child support enforcement through Title IV-D, creating a conflict of interest.

(EXHIBIT 23Y): " *"Because you said I was a joke."*
Journey had no problem violating due process in the previous hearing when he jailed me for free speech. Now, suddenly, he acknowledges that contempt is a criminal matter, which requires proper due process. This isn't about justice—this is about covering his tracks.

*Offutt v. United States, 348 U.S. 11 (1954) – A judge cannot be both an advocate & adjudicator.*

*42 U.S.C. § 1983* – Civil Rights Violation for denying due process protections.

*18 U.S.C. § 241 & 242* – Conspiracy & Deprivation of Rights Under Color of Law.


JUDICIAL CONDUCT VIOLATIONS:
Canon 1: Judges must uphold judicial independence—Journey uses his courtroom as a weapon. Canon 2: Judges must avoid impropriety—Journey openly contradicts his rulings to cover his misconduct.

This statement alone exposes that: Journey is using contempt as a personal vendetta, not a lawful charge. He contradicts himself to justify past rulings while trying to appear lawful in later hearings. His courtroom is an unchecked dictatorship—not a court of law.

THE MOTHER NEVER HAD LEGAL STANDING – JOURNEY FABRICATED IT.

**Santosky v. Kramer, 455 U.S. 745 (1982):** *The state must prove unfitness before removing a child from a fit parent.*

**K.S.A. § 38-2269:** The mother exceeded the abandonment threshold **twice**—disqualifying her from parental authority. Oklahoma Statutes §30-2-117: A parent is abandoned if they leave a child in the care of another for 12 out of 14 months. The mother exceeded this (3) times.

*This is not a mother fighting for her child—this is a court-engineered hostage situation.*
If journey had no knowledge of the juvenile case, the probate case, or finch's termination of rights—how did he rule in her favor? This was not a judicial ruling—it was a fabricated justification for parental kidnapping.

JUDICIAL CONSPIRACY IS PROVEN IN THE RECORD

(EXHIBIT 4L) *"Wow, okay, so you know, I, look, I want to help her, all right, and as I recall too, this case was a result. The **juvenile case** was a result of **neglect**. Is that a **fair statement?***

(EXHIBIT 4P)*"So are you going to go down to **probate court**?*

*"Doesn't that pending **adoption trump**, be just like **juvenile court**?"*

JOURNEY EXPOSES HIS OWN JUDICIAL FRAUD | EXHIBIT 29B
*"Do you have a case number? I'm not aware of this."*

1. *How can a judge rule on a case he admits he doesn't even know exists?*

2. *How can he enforce compliance based on facts he never reviewed?*

Because this was never a lawful proceeding—this was a state-sponsored kidnapping. Journey had no subject matter jurisdiction, no legal authority, and no factual basis to issue any ruling. His statements confirm that he acted outside the law, weaponizing the courtroom to facilitate an illicit scheme. Fraud voids all judicial acts *(U.S. v. Throckmorton, 98 U.S. 61 (1878))*. Every ruling stemming from this deception is null and void.

*A "mother" who cares for one child while abandoning another is not a mother—she is a fraudulent pawn in a kidnapping racket!* (EXHIBIT 29C)

JOURNEY DIDN'T JUST RULE—HE ACTIVELY PARTICIPATED IN FRAUD.

JOURNEY– *(December 5, 2023): "I'm just a guy in the tower in the forest that sees smoke on the horizon, you know, and until everybody brings me evidence, I don't know whether there's a fire or not."* (EXHIBIT 29D)

JOURNEY– *Okay. Okay, I'm not going – okay, interrupt me again, and we're going to end the hearing.* (EXHIBIT X)

JOURNEY– *"Look, I've got to move on to the next hearing. I know you have a sense of grievance. I understand that. That's not unusual in these cases. Again, let me urge you to get a counsel"* (EXHIBIT 29T)

JOURNEY– *"We need to make this the best Christmas for the kid."* (EXHIBIT 29BS)

Journey is not a judge, he admitted ignorance while issuing life-altering rulings. *A judge who claims ignorance while ruling on parental rights is an actor in a fraudulent scheme.* **(Fraud vitiates everything it touches. U.S. v. Throckmorton, 98 U.S. 61 (1878)).**

This is not just a custody dispute it is a racketeering operation using family courts as a front. **(18 U.S.C. § 1961 – rico act violations)**. This was not a record—it's a kidnapping operation under color of law.

(EXHIBIT 29N) *"Yeah, I read it. I read it. But I've got his notes. Yeah."*
Journey wasn't making a ruling—he was following a script. He wasn't upholding the law—he was covering for a fraudulent contempt setup. He wasn't acting as a judge—he was rubber-stamping a pre-determined punishment.

*"Where fraud is proven, silence is not an option—justice demands action."*

# TYRANNY BEHIND THE BENCH – THE WEAPONIZATION OF JUDICIAL POWER | EXIBIT 15

The **April 9, 2024**, hearing was an exercise in coercion, judicial fraud, and suppression of constitutional rights. Judge Phillip B. Journey weaponized his position to control the record, manipulate the proceedings, and engineer an outcome designed to violate my rights under color of law.

**"** *The law respects form less than substance."* Justice is not about the illusion of fairness—it is about adherence to constitutional principles. - Journey's refusal to recite his oath was not an oversight; it was a direct admission of illegitimacy**.** A judge without an oath is no judge at all.

A judge who refuses his oath has no authority to rule. The U.S. Supreme Court has affirmed "*A public official who refuses to affirm their oath acts outside their authority, and their rulings are void.*" *(Cooper v. Aaron, 358 U.S. 1 (1958)),* also see *(Ex parte Garland, 71 U.S. 333 (1866))* "*Where there is no oath, there is no judge.*"

JOURNEY CONFIRMED HIS OWN TYRANNY

*Cody Helmers*: *"For the record, Phillip Journey, will you recite your oath of office into the record so I can protect my constitutional rights?"* (EXHIBIT 24B1, B2, B3)

*JOURNEY: "Nope."* (EXHIBIT 24JP)

*Cody Helmers*: *"Objection. Objection."* (EXHIBIT 24O)

*JOURNEY: "If you interrupt me again with that frivolous request, I'm going to eject you from the hearing."* (EXHIBIT 24W)

NO OATH = NO JURISDICTION (EXHIBIT 14)

Journey abandoned his oath entirely. This was not a judicial proceeding it was an administrative execution of state policies under fraudulent authority. A court without a judge is no court at all If a judge refuses their oath, their actions are null and void , *see **Ex parte Garland, 71 U.S. 333 (1866)*** A judge who acts outside their authority is personally liable under **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law – Journey knowingly conspired to enforce a fraudulent ruling. **18 U.S.C. § 241 – Conspiracy Against Rights**

*Journey* (EXHIBIT 24C)
*"For the record, just for the record, he just left the hearing. I want to make sure it was in the record that you know I let him back in after like 15 seconds. He never came back."*

*False — this was a knowing lie.*
Journey manipulated Zoom controls to manufacture "non-compliance" and justify his ruling. Even if I had left or returned, the fact remains—he ejected me for challenging jurisdiction and denied my due process rights,

1.) *Let the record show that the zoom meeting currently taking place is not proceeding in a court of constitutional due process phillip journey is in violation of my due process rights.* (EXHIBIT 10)

2.) *I cody helmers was removed by judge phillip journey fom court (zoom meeting) in request to protect my constitutional rights in the matter of 21 DM 725. Judge phillip Journey Denied my rights to make a court of record. Any judgement or order taken against me cody helmers while being deprived of my rights is hereby rebutted, as the father is being denied his ability to exercise his rights in a court of record.* (EXHIBIT 11)

3.) JOURNEY- *Let me get back in and see if he'll act like an adult.* (EXHIBIT 24D)

4.) JOURNEY- *All right, He can listen, He's back in.*

JOURNEY SUPPRESSED EVIDENCE—KNOWINGLY & WILLFULLY
Judge Phillip B. Journey was fully aware of my objections, yet he deliberately refused to acknowledge them. This is not judicial discretion this is suppression of evidence, obstruction of justice, and a direct violation of my due process rights.

COURT ASSISTANT CONFIRMS JOURNEY WAS NOTIFIED, BUT HE REFUSED TO RESPOND

Court Assistant (EXHIBIT 24E)
*"Judge, I wanted to let you know that Mr. Helmers has emailed me. Would you like me to read it into the record?"*

JOURNEY: *"You know, we can put it in a file, a court file if we need to."*

(EXHIBIT 24F) *"I'm sure he's upset."*

Journey had full knowledge of my attempts to present objections. Rather than addressing them, he buried my evidence in a file—out of sight, out of the record. He acknowledged that I was upset, yet refused to grant me my constitutional right to be heard.

## THIS IS A VIOLATION OF MULTIPLE FEDERAL LAWS & JUDICIAL CANONS

1. Fraud vitiates all judicial acts. *(United States v. Throckmorton, 98 U.S. 61 (1878))*
2. "No man shall be deprived of life, liberty, or property without due process of law." *(14th Amendment, U.S. Constitution)*
3.  42 U.S.C. § 1983 – Civil Rights Violation for Denying Me the Right to Present Evidence
4. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law *(Holding officials accountable for knowingly suppressing evidence.)*
5. Canon 2A – Judges Must Avoid the Appearance of Impropriety *(Suppressing evidence to favor one side is textbook judicial corruption.)*

## THIS IS INDEFENSIBLE.

A judge who knowingly conceals evidence is not a judge—he is a fraud. A court that ignores objections is not a court, it is a pre-planned execution of injustice. Journey's actions are not mere procedural errors, they are willful suppression, obstruction, and fraud upon the court.

This is not just a violation this is an intentional act of judicial suppression. Journey was given the opportunity to allow my objections to be heard—***he refused***. He was directly informed by his own assistant—***he ignored it***. Rather than acknowledging the evidence, he buried it, ensuring it never made it into the record.

A judge who knowingly suppresses evidence is guilty of judicial fraud. A ruling made while suppressing material evidence is legally null and void. ***(United States v. Throckmorton, 98 U.S. 61 (1878))*** A judge who refuses to hear objections cannot claim judicial immunity. ***(Ex parte Virginia, 100 U.S. 339 (1879))***

DEMAND FOR IMMEDIATE ACCOUNTABILITY

1. A formal review of Judge Journey's conduct under 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law).
2. All rulings made in connection to this hearing must be vacated due to procedural fraud and evidence suppression.
3. A full federal investigation into the pattern of misconduct exhibited by Judge Journey in his abuse of due process.
4. Immediate public disclosure of the case record, including all omitted objections and evidence that Journey attempted to suppress.

THE COURT CANNOT IGNORE THIS. SUPPRESSION OF EVIDENCE = FRAUD.

If this case proceeds without addressing this suppression, it is an open admission of judicial corruption. The Constitution does not allow courts to operate in secrecy. *(Faretta v. California, 422 U.S. 806 (1975))* The judge is not the court—he is a public servant, and he is accountable to the law. *(People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980))*

Journey used vep & forced psych evaluations to force compliance & fund his court , this was never about child welfare—this was about securing federal funds & eliminating parental rights.

*"Fathers P.T. modified to 2 hrs per week supervised by VEP staff."* (EXHIBIT 15)

For the entire life of L.H., I had unsupervised parenting time. Then, without justification, on April 9, 2024, Judge Phillip B. Journey stripped my rights down to 2 hours per week under Visitation Exchange Place (VEP)—a Title IV-D funding mechanism.

Vep is not a parenting plan—it is a state-enforced compliance program. This was not about protecting my child. This was about breaking my will to resist and securing funding for the court. Title IV-D provides financial incentives for every case placed into VEP. Supervised visitation creates an artificial need for continued court intervention.

FORCED COMPLIANCE = CONTINUED JUDICIAL OVERSIGHT = CONTINUED FEDERAL FUNDING.

Journey KNEW EXACTLY what he was doing:
*"Yeah, I read it. I read all of this."* (EXHIBIT 29N)

He KNEW my son was crying. (EXHBIT 23E)

He KNEW my son was terrified. (EXHIBIT 23F)

He KNEW my son did not want to be placed with a stranger.
Yet, he proceeded anyway.

THIS WAS NOT A MISTAKE—THIS WAS DELIBERATE CRUELTY FOR PROFIT.
Forced psychiatric assessments – journey's tool for judicial trafficking. journey used
psychiatric assessments not as a diagnostic tool, but as a WEAPON OF COERCION.

NO history of mental instability.
NO evidence of harm.
NO legal justification.

Yet, I was ordered to submit to a psychiatric evaluation—WHY? —THE ANSWER:
*RETALIATION, CONTROL & COMPLIANCE.*

Journey used a state-ordered psych evaluation to harbor my property—L.H..
The court had no lawful basis to demand compliance. This was judicial overreach—
forcing a parent into a psychological compliance program to justify an already
predetermined ruling.  This was NOT about L.H.'s welfare—this was about establishing
state control.

FEDERAL LAW VIOLATIONS
**Faretta v. California, 422 U.S. 806 (1975)** – *Forcing compliance through psychiatric
evaluation infringes on an individual's autonomy and right to self-representation.*

**Troxel v. Granville, 530 U.S. 57 (2000)** – *Government interference in parental rights
must meet strict scrutiny—the court failed to meet this requirement.*

**42 U.S.C. § 1983** – *Violates civil rights under color of law by imposing forced
psychological compliance without due process.*

**18 U.S.C. § 242** – *Deprivation of rights under color of law—Journey is not enforcing
law, he is enforcing his own personal agenda.*

This was not a lawful hearing, it was a scripted abduction, it was a state-run trafficking
operation. This was not a legal order it was nothing but a financially incentivized judicial
kidnapping.

(EXHIBIT 55) – Perez & KFAN enforcing journey's "*therapeutic court*" model
Journey Statement

*"I think alienation is a huge problem. And we don't winnow them out like we should.
That's why I want to use therapeutic court in family law. I want to catch these people at
the beginning."* (EXHIBIT 8T)

This exhibit confirms that Judge Phillip Journey's "*therapeutic jurisprudence*" is not a theory—it is an active judicial scheme being enforced through coercion.

Journey openly admitted that he wants to use "therapeutic court" to reshape family law. Julia Leth Perez attempted to enforce this model through Kansas Family Advisory Network (KFAN), demanding co-parenting classes as a court requirement. KFAN's Executive Director, Nina Shaw-Woody, is not just an instructor—her credentials list "Therapist," confirming that this is a psychological modification program. KFAN has NO CONTRACTS with the courts, meaning their enforcement is entirely extrajudicial and operates outside legal authority.

THIS EMAIL CHAIN IS THE EXECUTION OF THAT PLAN.
Perez was trying to force participation in a therapy-based control system, not a legal process. KFAN was being used as an external enforcement tool, not a court-ordered institution. This is not about legal disputes—it's about forcing litigants into a behavioral modification program that benefits the state. judicial rulings are financially and behaviorally coercive, not legally binding.

If KFAN receives Title IV-D funds, it is a state-controlled compliance tool—not an independent "advisory network."
If KFAN lacks a direct contract with the courts, then participation is legally unenforceable.
Any attempt to coerce me into this program absent a lawful contract constitutes extrajudicial enforcement under color of law.

JOURNEY & PEREZ'S EXTRADJUDICIAL COERCION CONFIRMED

1. 1. Perez attempted to enforce participation in KFAN's classes as a court mandate (Exhibit 55 – Email Chain).

2. 2. KFAN's leadership credentials as a "Therapist" align directly with Journey's plan to turn family law into a "therapeutic court" model

3. 3. KFAN has refused to provide funding records—confirming the concealment of state incentives.

THIS IS A DIRECT VIOLATION OF DUE PROCESS & PARENTAL RIGHTS

- 42 U.S.C. § 1983 – Civil Rights Violation *(Forcing non-contractual compliance.)*
- 18 U.S.C. § 241 – Conspiracy Against Rights *(Collusion between judicial and therapeutic systems to bypass legal protections.)*
- 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law *(Using non-judicial programs to impose extrajudicial control.)*

If KFAN refuses to disclose its policy, then any court-ordered participation is unenforceable. If KFAN is Title IV-D funded, then the entire program is financially motivated, not legally necessary. If Journey and Perez attempt to enforce compliance without producing contracts, their orders are VOID for lack of lawful authority.

I demand full disclosure of KFAN's funding agreements, legal authority, and operational contracts. Any refusal to provide such records will constitute direct evidence of extrajudicial enforcement and financial fraud through Title IV-D compliance schemes.

Final verdict: journey's "therapeutic court" is not about justice—it's about coercion. This was never a legal case—it was a forced participation scheme designed to funnel parents into an extrajudicial psychological control system.

**Journey (EXHIBIT 8T):** *"I think alienation is a huge problem. That's why I want to use therapeutic court in family law. I want to catch these people at the beginning."* Journey's *"therapeutic court"* scheme – he publicly admitted it. Journey didn't just enforce this—he planned it.

1. *Journey – "You have to triage them"* (EXHBIT 8C)
2. Perez – *"We have a child who has not seen a therapist"* (EXHIBIT 24T)
3. Perez – *"We are asking to undergo a full psychological evaluation."* (EXHIBIT 24P)
4. *"While these recommendations will be of benefit to Cody, they should not be an obstacle for reintegration."* (EXHIBIT 31) – This statement, derived from prior harassment under Title IV-D enforcement, confirms that the psychological evaluation was already imposed, weaponized, and resolved—yet it was deliberately reintroduced to obstruct my parental rights for financial profit.

This reimposition of unnecessary psychological evaluations violates federal due process protections and constitutes a direct abuse of power under color of law.

**Goldberg v. Kelly, 397 U.S. 254 (1970)** *– Due process requires a meaningful opportunity to be heard before deprivation of rights.*

**Santosky v. Kramer, 455 U.S. 745 (1982)** *– The state must provide clear and convincing evidence before infringing on parental rights.*

**42 U.S.C. § 1983** *– Civil liability for deprivation of rights under color of law.*

Journey & perez engineered a paper trail to *Funnel* parents into Title IV-D-funded *"supervision programs"* that financially benefit the court. Create a permanent record to justify future parental termination. Silence opposition by labeling them "mentally unfit." Shift blame from state misconduct to the falsely accused parent.

JOURNEY CAUGHT LYING
Journey: *"I'm not inclined to cut someone off."* (EXHIBIT 24X)

LIE. He cut off my parental rights unless I complied with a state-controlled supervision program that financially benefits the court. *This is judicial trafficking under color of law.*

**13th Amendment** – Prohibition Against Involuntary Servitude
The government cannot impose involuntary servitude except as punishment for a crime. I committed no crime, yet I was forced into compliance with state-controlled psychiatric supervision. This is legally defined as state-imposed slavery.

**Kansas Constitution, Article 6, Bill of Rights**
Forcing psychiatric compliance as a condition of parental rights is state-sponsored trafficking. This violates due process, equal protection, and fundamental parental rights.

A judge who enforces his own laws is not a judge—he is a tyrant. Journey has abandoned his role as a neutral arbiter of justice. He has enforced a personal legislative agenda from the bench. His rulings are not judicial decisions—they are commercial contracts designed to funnel federal money into state-controlled programs.

DEMAND FOR IMMEDIATE ACTION:
ALL VEP orders must be voided as fraudulent contracts under commercial law.
ALL psychiatric assessments ordered without cause must be declared unlawful.
ALL court orders based on therapeutic court schemes must be overturned.

*Fraud vitiates everything it touches.* **(U.S. v. Throckmorton, 98 U.S. 61 (1878))**

*Silence in the face of material evidence is an admission of guilt.* **(U.S. v. Tweel, 550 F.2d 297 (5th Cir. 1977))**

THE POLICE WERE NOT FOLLOWING A LAWFUL ORDER—THEY WERE EXECUTING A PREPLANNED CHILD ABDUCTION.

Journey shackled me to ensure I could not intervene. Journey silenced objections through digital suppression (EXHIBIT 33D) & procedural fraud. Journey pre-scripted law enforcement's involvement BEFORE the order was even finalized. Journey coordinated with school officials in real-time to erase my parental authority.

THIS WAS NOT JUST A CASE OF "FOLLOWING ORDERS"—LAW ENFORCEMENT WAS WEAPONIZED TO EXECUTE A JUDICIAL CRIME.

**Hafer v. Melo, 502 U.S. 21 (1991)** – *State officials are personally liable when acting outside their lawful authority.*

**Ex parte Young, 209 U.S. 123 (1908)** – *Any state actor enforcing an unconstitutional order is personally liable.*

**Santosky v. Kramer, 455 U.S. 745 (1982)** – *The state may not remove a child from a parent without due process and clear and convincing evidence.*

THE PRE-SCRIPTED ABDUCTION: THE PLAN WAS ALREADY IN PLACE

JOURNEY APRIL 9, 2024 (EXHIBIT 24G)
*"I think if we're going to do that, you need to make it nice and pretty. And I'll go ahead and write on the minute sheet that law enforcement may assist in enforcing this order. But if we're going to make it nice, you ought to make it nice and pretty and put it in my queue,"* Journey wasn't ruling on existing law—he was manufacturing a legal justification in real-time to insert police into the case before a ruling was even issued.

PFAs and Title IV-D enforcement were never about safety—they were about expanding state revenue through manufactured compliance penalties.

1. (EXHIBIT 8N)-*" Well, sometimes the family law case is here, but they've moved up. Like Newton.*

2. *And So the family law case is here, they'll go to Newton and get a PFA, but there's no restriction that you have to get the PFA in your county . It's just like when Nola Folsom, remember when Nola Folsom filed for divorce? She filed for divorce in Kingman. Or, uh, I don't know, out north somewhere, northeast. Like two counties away. So nobody can find her file.* (EXHIBIT 8CO)

*So nobody can find her file.*
Fabricated claims were used to justify law enforcement involvement before any ruling occurred. The entire process was manipulated before I lost custody, ensuring police would be used against me as part of a Title IV-D enforcement scheme. (EXHIBIT 54)

THE PLAN WAS ALREADY IN PLACE.

**JOURNEY:** *"lawyers can get PFS just like your client"* (EXHIBIT 24H)

**PEREZ:** *" Your honor That was our next step, we were hoping to get as much resolved in family law court before filing a protection case"* (EXHIBIT 18N)

*This was a setup*—an engineered system of legal entrapment to justify judicial abduction under the guise of protective orders. Journey was not ruling on law—he was enforcing his own legislative agenda.

THE POLICE WERE ALREADY INVOLVED—BEFORE THE ORDER WAS EVEN ISSUED.

1. Journey's Bill (EXHBIT 07) mandated law enforcement involvement—before I even lost custody
2. Journey's Order (EXHIBIT 15) preemptively assigned police to enforce the ruling
3. Journey —*"Do we know where the child is enrolled in school?"*—months before the abduction occurred (EXHIBIT 4S)
4. *Perez - And should law enforcement assist in parenting exchanges.* (EXHIBIT 4K)
5. *Perez- Your Honor, as an officer of the court, I've actually ran his xs Kansas and ranwarrant search. He has pending warrants* (EXHIBIT 25A)
6. officers assisted in allowing a mother to take physical custody of her son in accordance with "verified" district court order reporting officer andrew circle lietenant 128 pd patrol occ# 24-319 (EXHIBIT 38)

Journey's "Therapeutic Court" was never about justice—it was about coercion. Perez & law enforcement worked together to pre-plan an abduction before a ruling even existed. This was a premeditated setup to funnel parents into Title IV-D-funded "supervision programs," guaranteeing financial compliance.

This was never a legal proceeding—it was a manufactured takedown to remove my parental authority and ensure full control over my child's custody.

This was not a legal ruling this was a premeditated abduction. Journey did not allow me to intervene. Journey shackled me through fraudulent court orders. Journey's written command *"LEO may assist in enforcing this order"* was not law—it was an authorization for law enforcement to carry out an extrajudicial seizure under the pretense of judicial authority. This wasn't enforcement of law—this was forced compliance under judicial slavery. (EXHIBIT 15)

THIS IS HOW THE SYSTEM ENGINEERS A KIDNAPPING:

1. Judge issues an unlawful directive, knowing law enforcement will blindly follow.
2. Parent is stripped of intervention rights—via physical shackling or digital control (Zoom muting).
3. Courtroom dissent is silenced through suppression mechanisms—muting, removals, or outright contempt rulings.
4. Once silenced, the system proceeds with pre-scripted abduction orders disguised as judicial rulings.

Journey knew exactly what he was doing. His ruling was already written. His muting of objections ensured no challenge could be heard. His shackling of me in court guaranteed I could not intervene. His delegation of authority to LEO was the final step to execute the abduction.

I was physically bound under the pretense of a court order, unable to defend my rights or my child. L.H. was seized without a valid warrant, without due process, and without a lawful emergency. This was human trafficking through state-sponsored coercion.

FEDERAL VIOLATIONS CONFIRMED

1. 13th Amendment – Prohibition of Slavery *(Judicial enslavement under color of law is a direct violation of fundamental human rights.)*
2. 42 U.S.C. § 1983 – Civil Rights Violation *(Forced compliance through physical restraint is unconstitutional.)*
3. 18 U.S.C. § 241 – Conspiracy Against Rights *(Journey, law enforcement, and state actors coordinated to deny fundamental rights.)*
4. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law *(Using judicial power to facilitate an extrajudicial abduction.)*
5. Title 42 U.S.C. § 675(5) – Federal Child Welfare Act *(The state cannot separate a child from a parent absent clear and convincing evidence—none existed here.)*

CASE LAW SUPPORTING FEDERAL INTERVENTION:

**Ex parte Young, 209 U.S. 123 (1908)** *(A judge acting outside of jurisdiction is personally liable.)*

**Pennoyer v. Neff, 95 U.S. 714 (1878)** *(Jurisdiction must be proven, not presumed.)*

**Santosky v. Kramer, 455 U.S. 745 (1982)** *(The state may not remove a child without due process and clear evidence of unfitness.)*

This is not just legal manipulation—this is judicial trafficking. Journey used law enforcement as his personal enforcers to carry out a state-sponsored child abduction. This is judicial slavery & human trafficking under the law..

DEMANDS FOR ACCOUNTABILITY

1. IMMEDIATE INVESTIGATION into the coordination between Judge Journey, Julia Perez, law enforcement, and court-appointed services.
2. VOID ALL ORDERS resulting from this fraudulent hearing.
3. REMOVE ALL RESTRICTIONS on my parental rights.
4. HOLD PEREZ & JOURNEY ACCOUNTABLE for judicial kidnapping under federal law.

Journey and Perez knew exactly what they were doing. They manipulated the law, conspired to fabricate protective orders, and used police to enforce a premeditated kidnapping. *Justice must not only be done; it must be seen to be done. (R v. Sussex Justices, Ex parte McCarthy, 1924)*

## JOURNEY'S OWN WORDS (EXHIBIT 8C)

*"You know, by the time I get them to trial, the two years has gone by, the children are all damaged, and I can't make them whole. All I can do is pick up the bodies at the bottom of the cliff."*

the only "*victim*" Journey saw was jade After stripping me of my parental rights, silencing objections, and manufacturing false compliance, Judge Phillip Journey ended the hearing with this statement:

*I'm sorry to see you're so distressed, Jade. I really am* (EXHBIT 24BI)

NOT *to the father who raised the child.*

NOT *to the child whose life was turned upside down.*

NOT *to the witnesses who were threatened for speaking out.*

ONLY *to the mother who disappeared for years and resurfaced for legal maneuvering.*

JUDGE JOURNEY MUST BE REMOVED FROM THE BENCH FOR VIOLATING JUDICIAL ETHICS & FEDERAL LAW. *THIS IS NOT LAW, THIS IS NOT JUSTICE — THIS IS FRAUD!*

*"A system that must hide the truth to sustain itself is a system built on lies."(Loper Bright Enterprises v. Raimondo, 599 U.S. ___ (2024))*

## THE COURT'S SCRIPTED ROLE IN CONCEALMENT & JUDICIAL KIDNAPPING | EXHIBIT 17

*"Justice is not served when the courtroom becomes a weapon to facilitate unlawful actions. The rights of the People do not vanish at the whim of a judge."*

**April 30, 2024** This was not a hearing—this was a premeditated abduction, sanctioned under color of law. The judiciary, in concert with attorneys and state actors, systematically obstructed due process to finalize the concealment of my offspring.

*Fraud vitiates the most solemn judgments.* *(United States v. Throckmorton, 98 U.S. 61 (1878))*

AN ACT OF RETALIATION (EXHIBIT 17, 18T)
Phillip B Journey drafted- *The father's threatening suit against court staff is unacceptable and has caused termination of the cci. Now the court suspends the father's parenting time!!"* — *"clearly not co-parenting & not in the best interest of the child".* The phrase "*best interest of the child*" lacks constitutional basis and is an arbitrary claim used to override parental rights. *(Exhibit: Black's Law Dictionary – Best Interest Standard is Not a Legal Right).*

Judge Journey's statement that '*the father's threatening suit against court staff is unacceptable and has caused termination of the CCP* is not only false, but it is an act of judicial retaliation under **42 U.S.C. § 1983**, which prohibits the deprivation of rights under color of law. Furthermore, his ruling is void because *fraud vitiates all it touches* (**United States v. Throckmorton, 98 U.S. 61 (1878)**).

*18 U.S.C. § 241 & 242* – *Conspiracy and deprivation of rights under color of law are federal crimes.*

*Boynton v. Ball, 121 U.S. 457* – *"A judgment obtained through fraud is void ab initio."*

Judge Phillip Journey structured this case to ensure my parental rights were procedurally blocked while maintaining the false appearance of due process. His own orders and statements confirm this was never about justice—it was about control.

**Journey's Order (4-30-24)** *"His affidavit of disqualification, I just basically grant that to be a motion to recuse myself, and I'm going to overrule that and dismiss it without prejudice for his failure to appear.."* ( EXHIBIT 18A)

Journey **"interpreted"** my filing however he wanted. He stripped me of my ability to define my own legal filings. This means he controlled not just the ruling—but the argument itself. This is judicial fraud. He dismissed my motion due to a *"failure to appear"* while knowing I was barred from participation. This is a self-reinforcing fraud loop. I was procedurally blocked from attending, and then Journey used my absence as justification for dismissing my request. *"A judge who engages in procedural manipulation to obstruct justice is committing fraud upon the court."* (**U.S. v. Throckmorton, 98 U.S. 61 (1878)**)

*This is judicial entrapment.* He manipulated the record to ensure my request for recusal was never heard. *"A party cannot be punished for failing to appear when they have been wrongfully denied participation."* (**Haines v. Kerner, 404 U.S. 519 (1972)**) This aligns directly with his order that states:

*1.* (EXHIBIT 15) *"To begin reintegration, Mr. Helmers must make the appropriate motion / request."*

2. (EXHIBIT 17) *"His failure to appear at this hearing causes the court to dismiss the motion."*- Journey blocked my participation, then used that very absence to dismiss my request. ***This was a setup.***

3. (EXHIBIT 18V) Cancellation of CCI — *"They don't even want to touch it."*— The only reason CCI withdrew was because *the incentivization was removed*—not because of any "*threat.*" If CCI had actually felt threatened, they would have pursued legal action— *NOT withdrawn*

JOURNEY'S "MOTION TRAP" IS AN ADMISSION OF A CORRUPT JUDICIARY - The court has placed me in a procedural stranglehold, I am only allowed to act through motions/requests, which Journey controls. If I attempt to challenge his authority, he can:

1. "Interpret" my filings however he wants.
2. Deny my motions without reason.
*3.* Strike them altogether.
4. Dismiss them for non-appearance— *even when I was blocked from appearing.*

*"No man shall profit from his own fraud."*
*"A judge who denies participation while demanding compliance is operating under color of law."* **(42 U.S.C. § 1983)**

JOURNEY'S ORDERS ARE AN ADMISSION OF JUDICIAL RETALIATION
Journey is not just manipulating my parental rights—he is covering his tracks by ensuring that I can never challenge his rulings. His procedural fraud confirms that he is acting with intent to suppress evidence, obstruct justice, and enforce a fraudulent judgment. This is retaliation under federal law.

1. **42 U.S.C. § 1983 –** *Deprivation of Rights Under Color of Law*

2. **18 U.S.C. § 241 –** *Conspiracy Against Rights*

3. **18 U.S.C. § 242 –** *Deprivation of Rights Under Color of Law*

4. **Pulliam v. Allen, 466 U.S. 522 (1984) –** *A judge is not immune when violating constitutional rights*

5. **U.S. v. Throckmorton, 98 U.S. 61 (1878) –** *Fraud vitiates everything it touches*

6. **Boynton v. Ball, 121 U.S. 457 –** *A judgment obtained through fraud is void ab initio*

PEREZ'S OWN WORDS CONFIRM THE PREPLANNED KIDNAPPING
Perez, in her own words, admitted to actively hunting down L.H.—without legal authority. On July 11, 2023, she stated:

*"I'll do everything I can to track him down and track down L.H."* (EXHIBIT 4E)

This was not a lawful action. Perez is NOT:
A law enforcement officer
A social worker
A government official with statutory delegation

Yet, she operated as a private enforcer, acting under color of law while possessing no actual legal authority. Her conduct constitutes an extrajudicial seizure of a child—a form of legalized human trafficking under the guise of judicial proceedings.

Perez acted as a state-sanctioned mercenary, profiting from judicial kidnapping. Jade Finch abandoned her children for seven years. She resurfaced only to initiate fraudulent custody claims, using Perez to manipulate legal proceedings. This case was never about parenting—it was a calculated financial maneuver to funnel L.H. into the Title IV-D system for federal incentives.

*"A mother who disappears for years forfeits all equitable standing."* 42 U.S.C. § 1983 makes it actionable to deprive rights under color of law.

PROVEN FABRICATIONS TO JUSTIFY REMOVAL

*"Your Honor, he's continuing to try to contact L.H.."*
Fraudulent criminalization of parental contact. (EXHIBIT 18L)

*"If my client has sole legal custody, then nobody would have access to L.H. at the school without my client's approval."* - Legal overreach: Illegally weaponizing "custody" to sever the child from family. (EXHIBIT 18B)

*"And so it would provide the school with more protection, L.H. with more protection."* False pretext of "safety" to engineer parental alienation. (EXHIBIT 18C)

*"Concerned about L.H.'s safety and contact with 'common law' family members, Your Honor, we'd ask that the court grant my client sole legal custody."*
Manufactured urgency to remove the father. (EXHIBIT 18D)

*"Your Honor, as an officer of the court, I ran his Kansas warrant search. He has pending warrants."* Perez is not law enforcement. (EXHIBIT 25A)

*"My client has no desire to take away Mr. Helmers' access to his children. It's just a case of ensuring that it's in their best interest."* Blatant contradiction. Title IV-D incentives were the goal. (EXHIBIT 25B)

a.) *"She stated she was in contact with law enforcement at the time father was arrested."* Perez & Finch orchestrated a legal ambush. (EXHIBIT 5C)

b.) *"We were taken sideways finding out that there was a guardianship in place which nobody knew about, and father was in jail."* Strategic deception used to claim "unknown guardianship." (EXHIBIT 4T)

c.) *"He refused to tell anyone where L.H. was while in jail. I had to file with the court to compel him to disclose the location of his son."* Perez sought court action under a false premise—designed to trigger legal intervention. (EXHIBIT 4Y)

These are not just misstatements—they are strategic legal fabrications engineered to kidnap L.H. through judicial fraud. A lawyer who engages in fraudulent legal actions is not an attorney—she is a criminal under the guise of law. Perez's conduct violated multiple ethical and federal laws.

## KANSAS RULES OF PROFESSIONAL CONDUCT VIOLATIONS

**Rule 8.4 – Misconduct**
*"It is professional misconduct for a lawyer to engage in conduct involving dishonesty, fraud, deceit, or misrepresentation."* Perez knowingly engaged in legal deception.

**Rule 3.3 – Candor Toward the Tribunal**
*"A lawyer shall not knowingly make a false statement of fact or law to a tribunal."* Perez misled the court to justify L.H.'s removal.

**Rule 5.5 – Unauthorized Practice of Law**
*"A lawyer shall not practice law in a jurisdiction in violation of the regulation of the legal profession."* Perez acted beyond her legal role, assuming prosecutorial powers.

**Rule 1.2(d) – Assisting in Fraud**
*"A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows is criminal or fraudulent."* Perez aided Finch & Journey in a fraudulent legal scheme.

## FEDERAL VIOLATIONS THAT SUPPORT DISBARMENT

42 U.S.C. § 1983 – Civil Liability for Deprivation of Rights

18 U.S.C. § 241 – Conspiracy Against Rights

18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

United States v. Throckmorton, 98 U.S. 61 (1878) – *Fraud vitiates all judicial acts.*

PEREZ'S BAR STATUS MUST BE REVIEWED & CHALLENGED.

The Kansas Disciplinary Administrator must initiate a full investigation into her fraudulent legal practices. Her participation in Title IV-D family law cases must be permanently revoked. A criminal referral for her actions must be submitted under 18 U.S.C. §§ 241 & 242.

Judge Journey's words confirm he planned this abduction months in advance.

1. 7-11-23 **(months before removal)** *"Do we know where the child is enrolled in school?* (EXHIBIT 4S) The logistics of L.H.'s removal were being discussed well before any legal argument was made.
   a.) *So are you going down to probate court* (EXHIBIT 4P)
   b.) *The juvenile case was a result of neglect is that a fair statement ?*(EXHIBIT4H)

2. 4-30-24 *(FINALIZING THE FALSE LEGAL JUSTIFICATION)*
Perez – *"Your Honor, we ask law enforcement to assist in returning L.H. into my client's care."* Law enforcement was pre-scripted into the abduction process. (EXHIBIT 18U)

3. 4-30-24 *(JOURNEY WRITES IN HIS ORDER)*
*"To begin reintegration, Mr. Helmers must make the appropriate motion / request."* How can a father reintegrate when L.H. has inhabited with his father his entire life? I can only regain custody if Journey ALLOWS me to participate, but he can strike or dismiss my filings at will , *This is a closed-loop fraud scheme.*

HOW INCENTIVES DICTATE LEGAL OUTCOMES

Journey's Statement (4-30-24 Hearing) (EXHIBIT 18V)
*"I need to update you, he's also done the same thing with CCI staff, so they don't even want to touch it. So, I'm going to cancel the CCI based on the interaction with those court services."*

(EXHIBIT 37) CCI did not withdraw due to safety concerns—they withdrew because the financial incentive was removed. This is clear proof that CCI's involvement was never about child welfare, but rather about securing federal funding through participation in

Title IV-D and Title IV-E programs. Judicial child trafficking thrives on financial participation—no participation, no money.

FRAUD, BRIBERY & COLLUSION | EXHIBIT 35
The November 4, 2022, adoption petition is irrefutable proof of a pre-planned conspiracy between Julia Leth Perez, Jade Finch, and the Fridays to orchestrate the fraudulent removal of my children under color of law. While Finch falsely presented herself as an active parent in child custody proceedings, she was simultaneously coordinating an adoption with the Fridays, who had no legal right to my children.

THE FRAUD IS SELF-EVIDENT IN THE RECORD:

1. (EXHIBIT 4Y) *"Your Honor, their daughter is not subject to the paternity action."* CONFIRMED: Finch was never a legal party.

> a. (EXHIBIT 28) *"If Jade sees this stuff from you out of state, she might try to contest the guardianship just to be a royal pain which will just cost me more **money**."*

2. Perez (4/9/24 Hearing): *"We are asking the court to take judicial notice of the findings of the Honorable Judge Rumsey... ... including my client"* (EXHIBIT 24R) This statement confirms Perez was actively manipulating judicial rulings to fit a pre-planned scheme, rather than advocating based on the facts of the case. This is a direct violation of Kansas Rules of Professional Conduct Rule 8.4 (fraud and misrepresentation) and further proof that all legal actions stemming from her involvement were fraudulent and must be vacated."

> a. *EXHIBIT 35A FRIDAYS PETITION*
> b. *EXHIBIT 35B FRIDAYS PETITION*

3. Under Ex parted Young, 209 U.S. 123 (1908), a judge who knowingly acts without subject matter jurisdiction loses judicial immunity and is personally liable. Judge Journey's own admission *'Do you have a case number? I'm not aware of this'* – Exhibit 29B, proves he proceeded outside his lawful authority, rendering all orders VOID AB INITIO.

THE FRIDAYS ENGINEERED BOTH CASES (EXHIBIT 57)
(Exhibit 39) *"The main reason [for case continuance] was that there is a pending CCI (Child Custody Investigation) being performed in a different case in which you are a party. Joyce Jbarra (the investigator) told the judge she had everything she needed and would complete her report in about 2 weeks."*

1. EXHIBIT 39 – *once again taking note that you did not adjudicate a conflict of interest, do you understand what I'm spelling.*
2. EXHIBIT 36 - *I had previously mentioned that I would realistically need more **money**….*
3. EXIHIBIT 40- *we were at alley's this last summer and she told me that they met with jade and jade agreed to allow them to adopt E.H..*

This was never meant to be permanent, but they manipulated it into full concealment. *I never got to challenge guardianship & I never got to challenge the adoption.*

### *Why?*

Because the same people who stole my offspring forced me into a separate manufactured legal war to keep me too occupied to fight back. It was a classic bait-and-switch—dragging out guardianship and adoption just long enough for Jade Finch to reappear, drop a fraudulent custody claim, and reroute the entire narrative. This was never about her rights. This was about hiding the evidence of the Fridays' fraudulent adoption.

Lt. Michael Friday and Michele Friday are evil. Since 2019, their goal was to keep me trapped in a system they controlled while profiting off federal incentives—proven by their direct financial interests (EXHIBIT 34) and the legal manipulation that secured them (EXHIBIT 41).

*A man who sets fire to your home, then sells you a bucket of water, is not a savior—he is an arsonist looking to profit off your desperation." That is exactly what the Fridays did. They burned my life down, then offered legal relief—at a price.*

a.) (EXHIBIT 42) *"The less **money** he has, the quicker it might be."2021*

b.) (EXHIBIT 43) *Michele Friday **2019** "It's not a year commitment, just so I can care for her until you get back to KS to get her."*

c.) (EXHIBIT 44) *Trial is going to cost several thousands if you want to agree to open adoption ( you still get to see E.H.) id gladly give you the **money** for your family.*

*A "mother" who cares for one child while abandoning another is not a mother—she is a fraudulent pawn in a kidnapping racket!*

A *"mother"* who abandons one child while claiming another is not a mother—she is a fraudulent pawn in a criminal enterprise. The Fridays, Finch, Perez, and Journey coordinated a deliberate legal deception to execute a state-sponsored kidnapping. Their entire legal argument collapses under the weight of the evidence. Fraud vitiates all

judicial acts (U.S. v. Throckmorton, 98 U.S. 61 (1878)**).** This conspiracy is now undeniable—and justice must be served

THE ENTIRE CASE *(21DM725)* IS A FRAUD SCHEME! EVERY STEP WAS PREMEDITATED, EVERY RULING WAS FINANCIAL, AND EVERY DELAY WAS INTENTIONAL.

*1. CINC WAS WEAPONIZED TO JUSTIFY REMOVAL - 2021 SG21JC85 / 21DM725*

*2. CCI WAS WEAPONIZED TO JUSTIFY REMOVAL .- 2024 21DM725*

*3. JUDGE JOURNEY & PEREZ PRE-SCRIPTED THE ABDUCTION.*

*4. THE FRIDAYS MANIPULATED FINANCIAL & LEGAL OBSTACLES TO PREVENT RESISTANCE.*

*5. GUARDIANSHIP WAS USED AS A FRONT FOR TITLE IV-D & IV-E INCENTIVES.*

*6. THE JUDICIARY IS COMPLICIT IN CHILD TRAFFICKING UNDER COLOR OF LAW.*

Given the overwhelming direct evidence of fraud, collusion, and judicial misconduct, the following actions must be taken immediately:

1. The fraudulent adoption must be vacated and declared void ab initio due to legal fraud.
2. Perez, Finch, and the Fridays must be criminally investigated for their roles in an orchestrated parental kidnapping scheme.
3. Judge Phillip B. Journey must be disqualified and held criminally accountable for his role in judicial fraud and conspiracy.
4. All orders stemming from these fraudulent proceedings must be overturned, and I must be restored as the legal custodial parent immediately.

This case was never about family law. It was never about child welfare. This was a well-organized, premeditated state-sponsored kidnapping. The court records themselves prove it.

*"Fraud vitiates all judicial acts."* (**U.S. v. Throckmorton, 98 U.S. 61 (1878)**)

# LOWER COURT TAMPERING & TITLE IV-D FRAUD: A SYSTEM DESIGNED TO KIDNAP CHILDREN

*A judge who legislates from the bench for personal or financial gain must be held accountable."*

JUDGE PHILLIP JOURNEY & TITLE IV-D FUNDING: A PROFITABLE SCHEME (EXHIBIT 7) - Journey's legislative push for SB 265 was not about protecting victims—it was about expanding judicial control and financial incentives under Title IV-D. The law increases penalties for violating protection orders, which funnels federal funding into Kansas courts, ensuring steady revenue through parental alienation and judicial concealment.

JOURNEY'S ADMISSION OF STRATEGIC PFA ABUSE (EXHIBIT 18N)

**Journey (4-30-24):** *"You know, maybe Mom needs to go get a PFA or something. You can help her with that."* (EXHIBIT 18M)

**Journey (4-30-24):** *"and you know I mean I think, lawyers can get PFS just like your client."* (EXHIBIT 24H)

These are not statements of a neutral judge—they are strategic legal maneuvers to obstruct parental rights before a formal dispute even begins.

JOURNEY'S "*THERAPEUTIC COUNTER TUNING*" PLAN = FINANCIAL CONTROL
**Journey:** *"I think alienation is a huge problem, that's why I want to use therapeutic court in family law. I want to catch these people at the beginning."* (EXHIBIT 8C)

**Journey:** *"I'm going to increase your penalties for violating those restraining orders because that's where all of our homicides happen."* (EXHIBIT 8R)

STRATEGIC VENUE SHOPPING & PFA MANIPULATION
*"I've even had them go to different counties and get PFAs so you don't figure out what I had going on and reverse my order."* (EXHIBIT 8A)

(EXHIBIT 8T) "*I don't know, out north somewhere, northeast. Like two counties away. So nobody can find her file*"

This is a clear admission of forum shopping, strategically placing PFAs in different jurisdictions to obstruct due process and prevent reversals. This is not legal procedure—this is legal laundering to ensure a predetermined outcome.

*"A PFA is not a tool for justice—it is a pre-scripted mechanism of control, orchestrated by the judiciary to enforce fraudulent orders."* Journey's entire judicial structure weaponizes PFAs to funnel parents into Title IV-D compliance.

JOURNEY'S CONFESSION OF JUDICIAL EXPLOITATION

*"By the time I get them to trial, the two years have gone by. The children are all damaged, and I can't make them whole. All I can do is pick up the bodies at the bottom of the cliff."* (EXHIBIT 8C)

This was never about justice—Journey admits that his system destroys families while securing financial incentives through prolonged litigation.

PFA ABUSE IN MY CASE: A COORDINATED ATTACK

Perez Was Not Even the Lawyer—Yet She Showed Up to Stalk Me in Court  Julia Leth Perez had no legal standing at my PFA hearing—yet she showed up like a lurking predator, circling the courtroom, watching me, stalking me, trying to sneak behind me to see my evidence.

SHE WAS NOT EVEN ON RECORD AS AN ATTORNEY AT THE TIME.
So why was she there? Because this was not a hearing—it was a setup.

This was not law, not due process, not an impartial court—this was a trafficker monitoring her prize. Perez had no appointment as counsel, yet she positioned herself as if she did.  She was not a party to the case, yet she inserted herself into it. She did not represent the petitioner, yet she hovered behind me, trying to examine my defense.

This is not legal representation—this is evidence tampering, intimidation, and judicial racketeering. I turned and yelled in the courtroom Exposing the Predator —because I knew exactly what this was.

"GET AWAY FROM ME! GET AWAY FROM ME!"  GET AWAY FROM ME!

*This was not legal advocacy—this was a trafficker monitoring the capture of her target.*

(EXHIBIT 58) – THE PRE-SCRIPTED 1-YEAR ORDER
Right after this? The court miraculously issued a full-year no-contact order—before I even had a real opportunity to defend myself. The ruling was pre-determined. Perez inserted herself without legal standing, proving collusion. My objections were silenced and removed from the courtroom.

*This is what trafficking looks like when it hides behind a judge's robe.*

Perez didn't need to be a lawyer that day—because her role wasn't legal, it was predatory. She wasn't practicing law—she was managing a transaction. The courtroom wasn't a forum for justice—it was a stage for legal kidnapping. This is proof that the PFA was a pre-scripted legal maneuver to finalize a custody transfer under fraudulent pretense.

This was never about safety—this was about forced compliance, judicial trafficking, and shutting down my ability to fight back. I was removed from the room after speaking out about the kidnapping of L.H.., his emotional distress was hidden by teachers, police, and administration. PFAs justified law enforcement involvement, escalations, and financial incentives. PFAs were used to manipulate child custody proceedings and enforce Title IV-D incentives before a court ruling.

A Protection From Abuse Order (PFA) should exist to protect real victims from harm. In reality, Journey and his judicial system have converted PFAs into shackles—not for safety, but to:

1. Sever parental rights before any real legal ruling is made.
2. Ensure Title IV-D funding compliance by eliminating parental authority.
3. Create financial & legal hurdles that keep non-custodial parents trapped in the system.

(EXHIBIT 58) – The Final PFA Order Against Me: A Tool of Coercion
The final PFA order against me was not about protection—it was about suppressing my evidence, obstructing my rights, and reinforcing the system of compliance through fear.

"*Court finds by a preponderance of the evidence, stalking has occurred*" – A vague, low-standard ruling that requires no hard proof but just "more likely than not."
 "*No-contact order for one year*" – Ensuring complete parental alienation with no opportunity to challenge.

"*Parties ordered to retain exhibits admitted into evidence*" – Securing fabricated evidence against me while blocking my own. This is not a ruling—it's a legal branding, a permanent mark that keeps me locked into the system, unable to function as a free parent.

Journey's judicial machine extended beyond the courtroom—Newton PD and municipal officials were weaponized to suppress evidence, prevent oversight, and obstruct parental rights. (EXHIBIT 54) Newton PD officers refused to conduct legitimate welfare checks, citing "no need for sheriff involvement" despite repeated concerns for my child's safety. Dispatch notes prove pre-scripted responses, dismissing my claims as "cop shopping" rather than conducting legitimate investigations.

Journey personally influenced judicial policy in Newton KS, where he held closed-door trainings for municipal courts, aligning local law enforcement with his Title IV-D financial scheme.

Newton PD pre-determined that I was a "*problem caller*" before investigating, which aligns with Journey's systematic strategy of using PFAs & procedural delays to keep parents trapped.

*"Believes this subject is just 'cop shopping' at this point. No further welfare checks will be conducted."*

*"No need for sheriff's office involvement. House clean. Child well-fed."*

This shows that law enforcement was actively covering for Journey's judicial policies, ensuring Title IV-D incentives remained intact by eliminating evidence that could challenge his orders.

Journey's entire judicial structure is built on preventing reversals of his rulings. The welfare check suppression aligns perfectly with:

1. Venue shopping for PFAs to make sure cases couldn't be challenged (EXHIBIT 8A)
2. Using SB 265 to expand judicial control over protective orders, increasing Title IV-D funding (EXHIBIT 7)
3. Preventing direct evidence of child distress from surfacing in court by cutting off independent investigations

Journey's PFAs weren't just legal shackles—they were a financial tool to enforce compliance with his court's rulings. Newton PD & local municipal courts operated as an extension of his system, blocking welfare checks that could undermine his custody rulings. This is a systemic fraud scheme that weaponizes family law to sustain federal Title IV-D incentives.

Journey's absence didn't matter, his machine was already operating judge journey didn't even need to be present—his judicial apparatus ran on autopilot:

(EXHIBIT 24G) *"If we're going to do this, we need to make it nice and pretty… put it in my queue."* He writes the laws, enforces them in his courtroom, and profits from their execution through Title IV-D funding. The expansion of SB 265 ensures federal incentives continue, criminalizing non-custodial parents to justify increased enforcement and judicial control.

*Judge Journey is not just abusing judicial power—he wrote the laws that now financially benefit his courtroom.*

SB 265: JOURNEY'S CASH FLOW PIPELINE
1. *Increases penalties for violating PFAs* — ensures more arrests.
2. *Links PFAs to custody cases* — expands Title IV-D incentives.
3. *Creates long-term monitoring & supervision* — judicial control.
4. *Justifies law enforcement involvement* — increases compliance funding.

**SB 265** ties directly into Kansas CINC statutes (K.S.A. 38-2243, 38-2244, and 38-2255), which govern Child in Need of Care **(CINC) cases**—the same legal framework used to justify the removal of L.H.. (EXHIBIT 5X)

Journey authored a law that ensures his court has the legal tools to abduct children under the appearance of due process. this was a kidnapping, not a hearing

 Journey: *"By the time I get them to trial, the two years have gone by, and all I can do is pick up the bodies at the bottom of the cliff."*

 Perez's Admission: *"We're hoping to get as much resolved in family law court before filing a protection case."*

The judiciary is operating as a syndicate, not a court.
*"A court that does not serve justice is not a court—it is an enterprise of corruption."*

*Free and independent courts or a state-controlled enterprise?*
"The mission of the 18th Judicial District Court is to provide fair and just services in a courteous and timely manner."

The 18th Judicial District claims to provide "fair and just services" with "integrity, accountability, and impartiality." *the reality? A financial enterprise disguised as justice*

Yet, under the guise of "family law"—a jurisdiction with no constitutional delegation—this court has operated as a financial clearinghouse rather than a judicial body. Fraud vitiates everything it touches. (United States v. Throckmorton, 98 U.S. 61 (1878)).

If "accountability" means collusion,
If "impartiality" means predetermined rulings,
If "respect" means silencing objections, fabricating records, and funneling families through Title IV-D incentives,

*"An act against one's will is not their act."*
Then their mission statement is nothing more than a scripted decepion. This is not a court of law. This is a financial enterprise built to exploit families for federal profit.

The so-called "*Family Law Court*" and "*Child Support Court*" operate without lawful delegation, functioning instead as financial processing centers that exploit Title IV-D & IV-E funding.

1. KORA Response (EXHIBIT 9) – Direct proof that these courts do not operate under independent judicial authority.
2. Loper Bright Enterprises v. Raimondo (2023) – Overturned Chevron Deference, ruling that administrative agencies cannot enforce statutory law without clear congressional delegation,
3. Cooper v. Aaron, 358 U.S. 1 (1958) – All judicial actions must conform to the Constitution, or they are void.
4. Clearfield Trust Co. v. United States – Government acting in a commercial capacity must disclose its jurisdiction.

Child support enforcement is a voluntary federal program. Participation in Title IV-D programs is VOLUNTARY.  No signed contract = NO LAWFUL ENFORCEMENT.

My SSN is private property, not an administrative tool for enforcement. Using an SSN to draft securities without consent constitutes fraud and Civil action for deprivation of rights. **(42 U.S.C. § 1983).** Agencies must follow due process before imposing obligations **(.5 U.S.C. § 558)**

Performance metrics dictate rulings – Judges are financially incentivized to issue enforcement orders. Bar members act as brokers – Family law attorneys recruit clients into the system to secure financial gains. Fabricated case numbers and person numbers are tied to securities – Child support orders are converted into financial instruments for federal reimbursement.

Quasi-courts exploit ambiguity – "Best Interest of the Child" is a legal fiction, used to strip parental rights and funnel families into Title IV-D enforcement.The phrase "*best interest of the child*" lacks constitutional basis and is an arbitrary claim used to override parental rights. *(Exhibit: Black's Law Dictionary – Best Interest Standard is Not a Legal Right).*

Title IV-D is not about child welfare—it is a federal funding scheme where states receive incentives for enforcing child support, custody orders, and protection orders. Judges are incentivized to increase enforcement orders. Attorneys recruit parents into the system to generate financial returns. Every child support order is a financial instrument used for reimbursement.

IMMEDIATE ACTION REQUIRED

1. Full disclosure of Title IV-D funding – The public must see how child support enforcement drives judicial corruption.
2. Acknowledgment that Family Law Courts are Administrative, Not Judicial – End deceptive titles such as "Free and Independent Courts."
3. Immediate cessation of fraudulent orders – Any ruling influenced by financial incentives rather than due process is void.
4. Criminal referral for conspiracy to commit fraud under **18 U.S.C. § 241 & 242** – Journey, Perez, and all bar members participating in this financial scheme must be held liable.

*Fraud destroys the validity of everything it touches.*
**(Nudd v. Burrows, 91 U.S. 426 (1875))**

*Silence can only be equated with fraud when there is a legal duty to disclose.*
**(United States v. Tweel, 550 F.2d 297)**

## TITLE IV-D INCENTIVES, FINANCIAL FRAUD, & JUDICIAL COLLUSION

Title IV-D of the Social Security Act **(42 U.S.C. § 651 et seq.)** was originally designed to enforce child support obligations. However, this program has been systematically weaponized by state courts, judges, and agencies to generate revenue at the expense of parental rights. This document provides an in-depth analysis of how Title IV-D incentives distort judicial proceedings, drive fraudulent rulings, and lead to the unlawful removal of children under color of law.

The financial structure of Title IV-D prioritizes revenue over child welfare, incentivizing states to maximize child support enforcement and custody rulings that favor non-parental custody arrangements.

1. Net Federal Retention of Child Support Payments **(42 U.S.C. § 658(a))** States retain a portion of all child support collected under Title IV-D enforcement. More child support collected = More state revenue. This creates a direct financial incentive to maximize enforcement against non-custodial parents.

2. Federal Matching Grants **(42 U.S.C. § 655(a))** The federal government reimburses 66% of state expenditures on child support enforcement. States are incentivized to increase child support orders and enforcement actions to receive more federal funding.

3. Performance-Based Incentive Payments **(42 U.S.C. § 658a)** States earn federal bonus payments for high collection rates. Courts are pressured to increase case loads and child support orders regardless of due process concerns.

4. Child Support Processing Fees (42 U.S.C. § 654(6)(B)) Courts charge fees for handling child support payments, further profiting from enforcement. This turns family courts into financial collection agencies.

5. TANF & Title IV-A Funding Link **(42 U.S.C. § 601 et seq.)** Parents who receive TANF benefits (welfare) must assign child support rights to the state. This allows the state to collect and retain child support funds meant for the child. The system encourages states to push families into TANF dependency to generate more child support cases.

6. Interest Accrual on Child Support Arrears. Some states charge interest on unpaid child support, creating perpetual debt. This interest is revenue-generating, ensuring parents remain in the enforcement system.

HOW TITLE IV-D DRIVES FRAUDULENT CUSTODY OUTCOMES

The goal is not justice—it is maximizing revenue. Courts routinely engage in the following deceptive practices to secure Title IV-D funding:

*Assigning Custody to the Higher-Earning Parent-* Child support orders are calculated based on income. Courts favor custody arrangements that maximize child support obligations, not the best interests of the child.

*Weaponizing Protection Orders (PFAs) to Secure Title IV-D Compliance -* PFAs are strategically issued to sever parental contact before child support is ordered. Judges encourage PFA filings to force one parent into a non-custodial role, securing a Title IV-D qualifying support order.

*Unlawful Venue Shopping to Enforce Child Support -* Judges relocate cases across jurisdictions to prevent appeals and maintain favorable financial rulings. Parents are forced into courts already aligned with Title IV-D interests.

*Deliberate Case Delays to Increase Arrears & Enforcement Penalties-* Courts drag out child support disputes to increase back payments owed. The longer a parent is delayed, the more money is collected in arrears.

*Judicial Non-Delegation-* Family Courts Acting as Title IV-D Agents Family courts operate as financial collection agencies, not judicial courts. No lawful delegation exists allowing Title IV-D enforcement to override constitutional rights.

Title IV-D is a Voluntary Program **(42 U.S.C. § 654)** No state can force a parent into a voluntary federal program.All child support orders derived from involuntary Title IV-D enforcement are VOID.

No Judicial Oversight in Title IV-D Courts **(42 U.S.C. § 666)** Title IV-D orders are administratively enforced, not adjudicated by true judicial courts. This violates due process rights and renders orders unenforceable under federal law.

Child Support Orders as Securities **(15 U.S.C. § 77a et seq.)** Child support orders are converted into financial instruments for reimbursement. No parent should be subject to financial securitization of family court rulings.

Family Courts Lack Delegated Authority **(Cooper v. Aaron, 358 U.S. 1 (1958))** If a court lacks delegation to enforce Title IV-D, its rulings are VOID. No judge has the constitutional authority to act as a financial agent for the state.

Administrative Courts Cannot Enforce Laws Without Congressional Delegation **(Loper Bright Enterprises v. Raimondo (2023))** Title IV-D courts are administrative agencies, not judicial courts. No administrative entity can enforce statutory law without express congressional delegation.

DEMANDS FOR IMMEDIATE ACTION

1. Nullification of all Title IV-D child support orders lacking judicial authority.
2. A federal audit of all Title IV-D funding received by Kansas courts.
3. Immediate disqualification of judges engaged in financial conflicts of interest.
4. Criminal referral under **18 U.S.C. § 241 & 242** for Title IV-D financial fraud.
5. Removal of all PFAs issued as financial manipulation tools for Title IV-D compliance.

*Fraud vitiates all judicial acts* **(U.S. v. Throckmorton, 98 U.S. 61 (1878)).** Title IV-D has been weaponized to generate state revenue at the expense of constitutional rights. The entire legal framework supporting Title IV-D enforcement is unconstitutional and must be dismantled.

As such, all orders derived from Title IV-D fraud are VOID AB INITIO and must be vacated immediately.

## *Journey doesn't serve justice—he serves himself.*

He is a tyrant who views constitutional protections as obstacles to his own power. The only thing he's inclined to do is enforce his own legislative agenda, ensuring that the judiciary profits while families are destroyed.

A judge who refuses to uphold the Constitution is not a judge—he is an enemy of justice. His rulings are void, his authority is a fraud, and his position is an offense to every principle of law.

*A GOVERNMENT THAT CRIMINALIZES PARENTHOOD TO ENFORCE FINANCIAL INCENTIVES HAS CEASED TO SERVE JUSTICE,*

*"Fraud destroys the validity of everything into which it enters."* **(United States v. Throckmorton, 98 U.S. 61 (1878)).**

*"Silence can only be equated with fraud when there is a legal duty to disclose."* **(United States v. Tweel, 550 F.2d 297).**

## *"The rights of the people do not vanish at the whim of a judge."*

This court has abandoned justice. This is not a courtroom—this is an enterprise. The fraud, collusion, and abduction of my child were not judicial errors—they were strategic, deliberate, and designed to generate profit under Title IV-D.

*THIS ISN'T LAW—IT'S ORGANIZED CRIME.*
*THIS ISN'T DUE PROCESS—IT'S FORCED COMPLIANCE.*
*THIS ISN'T JUSTICE—IT'S TYRANNY.*

*A system that cannot survive without deception is a system built on lies.* **(*Loper Bright Enterprises v. Raimondo*, 599 U.S. ___ (2024)).**

Before this case, I was a builder. A man who constructed homes, provided for my family, and worked hard every day to create something meaningful. I had a thriving business, a family, and a future. Then, they took my children.

They didn't just take him—they stole him through fraudulent orders, fabricated claims, and judicial collusion. This was never about justice. This was about power, money, and the complete destruction of my rights as a father.

The impact of this case is not just legal—it is personal, financial, emotional, and psychological. The deliberate harm inflicted upon me by Judge Journey, Julia Leth Perez, the Fridays, and Finch has left a permanent scar on my life.

THE DAMAGES THEY CAUSED:
1. *Financial Devastation—I lost my framing business, my financial independence, and the security I worked years to build.*
2. *Emotional Warfare—I have been subjected to constant psychological torment, living every day knowing my son is out there, held captive by a fraudulent system.*
3. *Destruction of My Family—My marriage has suffered under the weight of this case. My wife is exhausted from waiting, from the uncertainty, from the damage this has caused to our future.*

*4. Health Deterioration—I barely sleep. I spend every night at this computer, fighting for my child, for my rights, for justice.*

I demand compensation for every moment stolen from my life, from my son's life, and from the future they tried to take from us.

GOOD FAITH VS. JUDICIAL & THIRD-PARTY BAD FAITH (EXHIBIT 49)

On August 14, 2023, I put my son's needs first, allowing Jade Finch the opportunity to reconnect, despite her years of abandonment—a woman who abandoned my son for three years. Despite her disappearance, despite the damage done, I still tried to do the right thing.

I MADE IT CLEAR L.H. COULD SEE HER.

I PROVIDED A SAFE STRUCTURE FOR THEIR INTERACTION.

I EXPRESSED MY CONCERNS FOR HIS EMOTIONAL WELL-BEING.

I SET BOUNDARIES TO PROTECT HIM FROM HARM.

## *In return, they kidnapped him.*

This letter proves my good faith and their bad faith. This was never about my fitness as a father—it was about power, control, and financial gain. "*No man shall profit from his own fraud.*"

I demand the immediate return of my children, full restitution for the damages inflicted upon me and my family, and the criminal prosecution of all those involved in this judicial trafficking scheme." *Justice is lost when the law becomes a tool of oppression."*

THEY KIDNAPPED MY CHILDREN, STRIPPED AWAY MY RIGHTS, AND TRIED TO SILENCE ME—BUT THEY WILL NEVER SILENCE THE TRUTH

**Phillip B. Journey April 9, 2024 (EXHIBIT 24X)**
*"I'm not inclined to cut someone off from their kid because of a tortured view of the Constitution."*

*The constitution is only 'tortured' when it restrains his tyranny.*

I WILL NOT COMPLY.

I WILL NOT STOP

I WILL NOT REST UNTIL MY CHILDREN ARE HOME.

*"An act against my will is not my act."*

*"Tyranny left unchecked becomes the law of the land."*

Journey wasn't just ruling unfairly—he was actively conspiring against parental rights. He manipulated Title IV-D funding for personal & judicial gain. He used law enforcement to carry out a fraudulent kidnapping. He tampered with court records & obstructed justice.

JOURNEY'S ACTIONS CROSS INTO CRIMINAL LAW UNDER

FEDERAL INDICTMENT BASIS:

18 U.S.C. § 241 – Conspiracy Against Rights

18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

18 U.S.C. § 371 – Conspiracy to Defraud the United States

42 U.S.C. § 1983 – Civil Rights Violation

FINAL DEMANDS

1. INDEMNIFICATION & DAMAGES: Immediate financial relief for the wrongful loss of custody, job loss, and personal distress caused by judicial misconduct.
2. FULL RESTORATION OF PARENTAL RIGHTS: All fraudulent orders issued by Journey must be declared VOID AB INITIO.
3. CRIMINAL INDICTMENT OF PHILLIP JOURNEY: Referral to federal prosecutors under 18 U.S.C. § 241 & 242 for conspiracy & deprivation of rights under color of law.
4. FEDERAL INVESTIGATION INTO TITLE IV-D FRAUD: Full audit & review of Journey's Court for financial corruption tied to Title IV-D incentives.
5. REVERSAL OF ALL ORDERS LINKED TO FRAUD: Any orders that stem from Journey's rulings must be overturned as unconstitutional.
6. BANNING THE USE OF PFAs AS STRATEGIC LEGAL WEAPONS: Protective orders should not be used to facilitate parental kidnapping.
7. JUDICIAL REVIEW OF JUDGES OPERATING TITLE IV-D COURTS: The U.S. Supreme Court should establish clear guidelines preventing family court judges from legislating financial penalties into their own courtrooms.
8. PERMANENT DISQUALIFICATION OF PHILLIP JOURNEY FROM JUDICIAL SERVICE: Based on documented fraud, procedural violations, and criminal intent.
9. IMMEDIATE RETURN OF L.H. TO HIS RIGHTFUL PARENT: The fraudulent orders that removed him from his father must be overturned.
10. REFORM OF FAMILY COURT SYSTEMS TO ELIMINATE CONFLICTS OF INTEREST: The role of financial incentives in custody cases must be abolished.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:

1. is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.
2. is supported by existing law or by a nonfrivolous argument for extending, modifying or reversing existing law;
3. the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for the further investigation or discovery;
4. the complaint otherwise complies with the requirements of Rule 11.

I have exhausted all other remedies and not been satisfied with the results so I must bring this controversy to the courts.

Void were prohibited by law

Further affiant sayeth not

Cody Helmers
1730 e Winterset Cir
Goddard Ks 67052
c.helmesconsturction@gmail.com
316 519 1026

date    3-11-25

Certified Mail Delivery

The documents were sent to the above named recipient via certified mail, priority mail tracking number 9402 6118 9956 0372603 to ensure proper delivery and acknowledgement.

I certify that these methods of service were conducted in good faith to ensure the proper delivery and acknowledgment of the evidence submitted for review.

Void where prohibited by law.

Subscribed and attested under penalty of perjury

3-17-25

Cody Helmers
1730 E Winterset Cir.
Goddard, Ks 67052
316 519-1026

3/17/25
DATE

NOTARY PUBLIC
In and for the County of Sedgwick
State of Kansas

KATHLEEN MYERS
Notary Public - State of Kansas
My Appt. Expires 08/05/25

WITNESS LIST FOR COURT TESTIMONY
PLAINTIFF'S WITNESS LIST – TO TESTIFY UNDER OATH

**Julia Leth Perez** (Defendant)
Expected Testimony:
1. Role in orchestrating parental kidnapping.
2. Knowledge of fraudulent orders & court manipulation.
3. Her own admissions about tracking L.H..
4. Financial incentives & coordination with Journey.

**Judge Phillip B. Journey** (Defendant)
Expected Testimony:
1. His role in obstructing justice, retaliating, and fraudulently ruling in violation of constitutional protections.
2. His coordination with Perez and his personal financial incentives.
3. His direct statements acknowledging judicial fraud.

**Jade Finch** (Witness – Mother Who Abandoned)
Expected Testimony:
1. Inconsistencies in her statements.
2. Reasoning behind her sudden resurfacing.
3. Any direct or indirect financial incentives she received.

**Michael & Lt. Michele Friday** (Witnesses – Conspirators & Custodial Interferers)
Expected Testimony:
1. Their role in concealing L.H.& E.H..
2. Their statements about guardianship, money, and legal interference.
3. Communications with Finch, Perez, or Journey.

**Gary Helmers** (Witness – Family & Key Observer)
Expected Testimony:
1. First-hand knowledge of the Fridays' deception.
2. Statements they made about the adoption scheme.
3. What they admitted about bribes & court manipulation.

**Jennifer Robertson** (Witness – Key Observer & Victim of Court Retaliation)
Expected Testimony:
1. Her first-hand experience of court corruption.
2. Journey's threats against her.
3. What she personally witnessed about L.H.'s distress.



# UNITED STATES POSTAL SERVICE®

## PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

Cody Holmes
1730 E Winterset Cir
Goddard KS 67052

PRIORITY MAIL
MAILING BOX
FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States
Postal Service®

PRIORITY MAIL

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

RECEIVED
MAR 31 2025
By

# TRACKED ■ INSURED



PS00010000025

1097 July 2022
ID: 11.5 x 2.375 x 13.125
OD: 11.625 x 2.5 x 13.4375
ODCUFT: 0.225



UNITED STATES
POSTAL SERVICE®        Retail

**P**   US POSTAGE PAID
        **$12.35**   Origin: 67052
                     03/28/25
                     1935310079-11

PRIORITY MAIL®

                     3 Lb 4.60 Oz
                     **RDC 03**

EXPECTED DELIVERY DAY: 03/31/25

                     C025

SHIP
TO:    RM 204
       401 N MARKET ST
       WICHITA KS 67202-2000

USPS TRACKING® #

9505 5120 2126 5087 0251 15



# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.